**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

<table>
<tr><td>In re:<br><br>WHITE ROCK MEDICAL CENTER, LLC,<br><i>et al.</i>[1]<br><br>           Debtors.</td><td>Chapter 11<br><br>Case No. 26-90115<br><br>(Joint Administration Requested)<br><br><b>Ref. Docket Nos. 5 - 22</b></td></tr>
</table>

<u>**CERTIFICATE OF SERVICE**</u>

I, GEOFF ZAHM, certify that:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 23, 2026, I caused to be served the:

    a.  "Debtors' Emergency Motion for an Order Directing Joint Administration of Chapter 11 Cases," dated January 22, 2026 [Docket No. 5], (the "Joint Administration Motion"),

    b.  "Debtors' Emergency Motion for an Order (I) Extending Time to File (A) Schedule of Assets and Liabilities, (B) Schedule of Current Income and Expenditures, (C) Schedule of Executory Contracts and Unexpired Leases, and (D) Statement of Financial Affairs and (II) Granting Related Relief," dated January 22, 2026 [Docket No. 6], (the "Schedules Extension Motion"),

    c.  "Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to (I) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, (II) Continue Employee Benefits Programs, and (III) Granting Related Relief," dated January 22, 2026 [Docket No. 7], (the "Wages Motion"),

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each of their federal identification numbers are White Rock Medical Center, LLC (6083); NCP Management, LLC (8327); North Houston Surgical Hospital, LLC (2161); National Payroll Services, LLC (3573); City Hospital Physician Group, Inc. (6983); Heights Healthcare of Texas, LLC (0118); Heights Healthcare of Houston, LLC (3093); Ashland Healthcare, LLC (0023). The location of the Debtors' corporate headquarters and the Debtors' service address is: 1917 Ashland Street, Houston, Texas 77008. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/Whiterockmedicalcenter.

d.   "Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors, and (B) File a Consolidated List of the 30 Largest Unsecured Creditors; (II) Approving the Form and Manner of Notifying Creditors of the Commencement of These Chapter 11 Cases; and (III) Granting Related Relief," dated January 22, 2026 [Docket No. 8], (the "Creditor Matrix Motion"),

e.   "Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Policies and (B) Satisfy Obligations Related Thereto; and (II) Granting Related Relief," dated January 22, 2026 [Docket No. 9], (the "Insurance Motion"),

f.   "Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Implementation of Procedures to Protect Confidential Patient Information and (II) Granting Related Relief," dated January 22, 2026 [Docket No. 10], (the "Patient Protection Motion"),

g.   "Debtors' Emergency Motion for an Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees; and (II) Granting Related Relief," Dated January 22, 2026 [Docket No. 11], (The "Tax Motion"),

h.   "Debtors' Emergency Motion for an Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief," dated January 22, 2026 [Docket No. 12], (the "Utilities Motion"),

i.   "Notice of Designation as Complex Chapter 11 Bankruptcy Case," dated January 23, 2026 [Docket No. 13], (the "Complex Case Notice"),

j.   "Order Directing Joint Administration of Chapter 11 Cases," dated January 23, 2026 [Docket No. 14], (the "Joint Administration Order"),

k.   "Order Granting Complex Chapter 11 Bankruptcy Case Treatment," dated January 23, 2026 [Docket No. 15], (the " Complex Case Order "),

l.   "Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Critical Vendor Claims and (II) Granting Related Relief," dated January 23, 2026 [Docket No. 16], (the "Critical Vendors Motion"),

m.  "Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Maintain Existing Business Forms and Intercompany Arrangements, (C) Continue Intercompany Transactions; (D) Continue the Debtors' Credit Card Program; (II) Extending Time to Comply with Requirements of 11 U.S.C. § 345(b); and (III) Granting Related Relief," dated January 23, 2026 [Docket No. 17], (the "Cash Management Motion"),

n.  "Declaration of Rashid Syed in Support of Chapter 11 Filings and First Day Relief," dated January 23, 2026 [Docket No. 18], (the "First Day Declaration"),

o.  "Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Use Cash Collateral and (B) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to SRC Hospital Investments I, LLC; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief," dated January 23, 2026 [Docket No. 19], (the "DIP Motion"),

p.  "Emergency *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention of Epiq Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent," dated January 23, 2026 [Docket No. 20], (the "Epiq Retention Application"),

q.  "Agenda for January 26, 2026 Hearing," dated January 23, 2026 [Docket No. 21], (the "Agenda Notice"), and

r.  "Notice of Telephonic and Video Conference Hearing on Emergency Motions," dated January 23, 2026 [Docket No. 22], (the "Hearing Notice"),

by causing true and correct copies of the:

i.  Joint Administration Motion, Schedules Extension Motion, Wages Motion, Creditor Matrix Motion, Insurance Motion, Patient Protection Motion, Tax Motion, Utilities Motion, Complex Case Notice, Joint Administration Order, Complex Case Order, Critical Vendors Motion, Cash Management Motion, First Day Declaration, DIP Motion, Epiq Retention Application, Agenda Notice, and Hearing Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

ii.  Wages Motion, Insurance Motion, Tax Motion, Utilities Motion, Critical Vendors Motion, Cash Management Motion, DIP Motion, Agenda Notice, and Hearing Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

iii.  Utilities Motion, Agenda Notice, and Hearing Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

iv.  Insurance Motion, Agenda Notice, and Hearing Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D,

v.  Tax Motion, Agenda Notice, and Hearing Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E,

vi.  Wages Motion, Agenda Notice, and Hearing Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit F,

vii.  Joint Administration Motion, Schedules Extension Motion, Wages Motion, Creditor Matrix Motion, Insurance Motion, Patient Protection Motion, Tax Motion, Utilities Motion, Complex Case Notice, Joint Administration Order, Complex Case Order, Critical Vendors Motion, Cash Management Motion, First Day Declaration, DIP Motion, Epiq Retention Application, Agenda Notice, and Hearing Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit G,

viii.  Utilities Motion, Agenda Notice, and Hearing Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit H,

ix.  Insurance Motion, Agenda Notice, and Hearing Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit I,

x.  Tax Motion, Agenda Notice, and Hearing Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit J,

xi.  Wages Motion, Agenda Notice, and Hearing Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit K, and

xii.  Agenda Notice, and Hearing Notice to be delivered via facsimile mail to those parties listed on the annexed Exhibit L.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

**EXHIBIT A**

White Rock Medical Center, LLC
Address Service List

| Name | Address |
| --- | --- |
| 9330 POPPY DR LLC | ATTN: CHERYL L SURGO 4500 DORR ST.   TOLEDO OH 43615 |
| ABBOTT LABORATORIES INC. | 100 ABBOTT PARK ROAD    ABBOTT PARK IL 60064-6400 |
| ALTERA DIGITAL HEALTH INC | ATTN: MIA AVENA PO BOX 735183   CHICAGO IL 60673-5183 |
| ASCENTIUM CAPITAL | 23970 HIGHWAY 59 NORTH    KINGWOOD TX 77339-1535 |
| BANK OF AMERICA | 100 NORTH TRYON STREET    CHARLOTTE NC 28255 |
| CALIFORNIA HEALTHCARE INSURANCE CO, INC. | 9229 SIERRA COLLEGE BOULEVARD    ROSEVILLE CA 95661 |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY AND/OR | AFFILIATED CIGNA ENTITIES 900 COTTAGE GROVE ROAD   BLOOMFIELD CT 06002 |
| CONSTELLATION NEWENERGY, INC. | 1310 POINT STREET    BALTIMORE MD 21231 |
| DALLAS COUNTY | ATTN: FELICIA PITRE 411 ELM STREET, SUITE 300   DALLAS TX 75202 |
| DALLAS COUNTY HOSPITAL DISTRICT D/B/A | PARKLAND HEALTH SYSTEM ATTN: JAMES BLASINGAME 5200 HARRY HINES BLVD.  DALLAS TX 75235 |
| DEPARTMENT OF TREASURY | U.S. DEPARTMENT OF THE TREASURY BUREAU OF THE FISCAL SERVICE PO BOX 830794  BIRMINGHAM AL 35283-0794 |
| DEXT CAPITAL | 5500 MEADOWS RD, SUITE 300    LAKE OSWEGO OR 97035 |
| DIRECT ENERGY BUSINESS, LLC | ATTN: JOYCE JONES 803 CARNEGIE CENTER   PRINCETON NJ 08540 |
| FINTHRIVE REVENUE SYSTEMS, LLC | 7950 LEGACY DRIVE, SUITE 900    PLANO TX 75024 |
| FLORES, MARIA | ADDRESS ON FILE |
| GMR EAST DALLAS LAND LLC | 2 BETHESDA METRO CTR STE 440    BETHESDA MD 20814 |
| HASWAH, MUIN | ADDRESS ON FILE |
| HEALTHCARE NETWORK TEXAS INC. | PO BOX 809088 ATTN TAX DEPT   DALLAS TX 75380-9088 |
| HHS FACILITIES MANAGEMENT, LLC | 12495 SILVER CREEK RD    DRIPPING SPRINGS TX 78620-5584 |
| HUNTINGTON BANK | 41 SOUTH HIGH STREET    COLUMBUS OH 43215 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVE NW WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346   PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5-Q30-133  PHILADELPHIA PA 19104-5016 |
| INTERNAL REVENUE SERVICES | LOCAL OFFICE ATTN INSOLVENCY 1919 SMITH ST  HOUSTON TX 77002 |
| JB&B RECOURSE | 109 S NORTHSHORE DR, SUITE 200    KNOXVILLE TN 37919 |
| MCKESSON | 6555 NORTH STATE HIGHWAY 161    IRVING TX 75039-2402 |
| MEDONE | 10712 SOUTH 1300 EAST    SANDY UT 84094 |
| NEWMAN & HASWAH | ATTN: ADAM S. GREENFIELD, OF COUNSEL C/O UNDERWOOD LAW FIRM PC 600 BAILEY AVENUE , SUITE 200  FORT WORTH TX 76107 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DISTRICT OF TEXAS ATTN: JANA SMITH WHITWORTH 515 RUSK ST, STE 3516  HOUSTON TX 77002 |
| OLYMPUS | 3500 CORPORATE PARKWAY    CENTER VALLEY PA 18034 |
| OPTUM BANK | 12921 S VISTA STATION BLVD, SUITE 300    DRAPER UT 84020 |
| ORTHOFIX MEDICAL INC (SUCCESSOR BY NAME CHANGE) | ATTN: JULIE DEWEY 3451 PLANO PARKWAY   LEWISVILLE TX 75056 |
| REILS INC. | ATTN: FRANK KIMBALL 990 BISCAYNE BLVD OFFICE 501   MIAMI FL 33132 |
| RICHMOND MEDICAL SUPPLIES LLC | 11111 RICHMOND AVE STE 142    HOUSTON TX 77082 |
| SIEMENS | 100 TECHNOLOGY DRIVE    ALPHARETTA GA 30005 |

White Rock Medical Center, LLC
Address Service List

| Name | Address |
| --- | --- |
| SPRING SURGICAL HOSPITAL PARTNERS, LLC | ATTN: TOM PISULA 10857 KUYKENDAHL RD STE 200   THE WOODLANDS TX 77382-2936 |
| SRC HOSPITAL INVESTMENTS I, LLC | 898 N. PACIFIC COAST HIGHWAY, SUITE 700    EL SEGUNDO CA 90245-2742 |
| STAR MD OF ARLINGTON & STAR ED OF ARLINGTON | ATTN: SRIKANTH JYOTHINAGARAM 2201 LONG PRAIRIE RD, PMB 300 FLOWER MOUND TX 75022 |
| STRATEGIC MANAGEMENT AND CAPITAL LLC | ATTN: TERRY THORNTON 778 LIBERTY RD SUITE B   FLOWOOD MS 39232 |
| STRATEGIC SOLUTIONS, LLC | ATTN: TERRY THORNTON 778 LIBERTY RD, SUITE B   FLOWOOD MS 39232 |
| STRYKER FLEX | 1941 STRYKER WAY    PORTAGE MI 49002 |
| TEXAS HEALTH AND HUMAN SERVICES | NORTH AUSTIN COMPLEX 4601 W. GUADALUPE ST.   AUSTIN TX 78751-3146 |
| TEXAS HEALTH AND HUMAN SERVICES | PO BOX 13247    AUSTIN TX 78711-3247 |
| THE HAVEN TEXAS LLC AND AFFILIATES | 13101 PRESTON ROAD, SUITE 200    DALLAS TX 72540 |
| THE UNITED STATES ATTORNEYS OFFICE | FOR THE SOUTHERN DISTRICT OF TEXAS ATTN: ALAMDAR HAMDANI 1000 LOUISIANA ST  HOUSTON TX 77002 |
| VALLEY MEDICAL STAFFING, INC. | 1100 MORAGA WAY, SUITE 108    MORAGA CA 94556 |
| VILLAGE EMERGENCY ROOM LLC | ATTN: HORTENCIA LUNA 2320 S SHEPHERD DR   HOUSTON TX 77019-7014 |
| WRIGHT MEDICAL TECHNOLOGY | 1023 CHERRY ROAD    MEMPHIS TN 38117 |
| XOBIOLOGIX LLC | ATTN: MAYA HILES 609 CASTLE RIDGE RD STE 400   AUSTIN TX 78746-5126 |

# Total Count: 49

WHITE ROCK MEDICAL CENTER, LLC, *et al.,*
Case No. 26-90115 (CML)
Overnight Mail Additional Service List

LINEBARGER GOGGAN BLAIR &SAMPSON, LLP
(COUNSEL FOR DALLAS COUNTY)
ATTN JOHN K. TURNER
3500 MAPLE AVE, SUITE 800
DALLAS, TX 75219

# EXHIBIT B

| Name | Address |
|------|---------|
| AMEGY | 1717 WEST LOOP S   HOUSTON TX 77027 |
| AMEGY | PO BOX 26547   SALT LAKE CITY UT 84126 |
| CHASE | 383 MADISON AVENUE   NEW YORK NY 10179 |
| CHASE | PO BOX 182051   COLUMBUS OH 43218 |
| STELLAR BANK | ATTN: LESLIE WILSON 1900 RESEARCH FOREST DR.   THE WOODLANDS TX 77381 |
| WELLS FARGO | ATTN: DEVI ARUNKUMAR 333 MARKET STREET   SAN FRANCISCO CA 94105 |

# Total Count: 6

**EXHIBIT C**

Address Service List

| Name | Address |
| --- | --- |
| ATMOS | PO BOX 740353    CINCINNATI OH 45274 |
| ATMOS | 1800 3 LINCOLN CTR 5430 LBJ FREEWAY   DALLAS TX 75240 |
| COMCAST | PO BOX 21638    EAGAN MN 55121 |
| COMCAST BUSINESS | 1701 JFK BLVD    PHILADELPHIA PA 19103-2838 |
| COMCAST FIBER | PO BOX 37601    PHILADELPHIA PA 19101 |
| COMCAST FIBER | 1701 JFK BLVD    PHILADELPHIA PA 19103-2838 |
| DALLAS WATER UTILITY | PO BOX 660025    DALLAS TX 75266 |
| DALLAS WATER UTILITY | PO BOX 660026    DALLAS TX 75267 |
| DALLAS WATER UTILITY | 1500 MARILLA STREET    DALLAS TX 75267 |
| DATAVOX | 6650 W SAM HOUSTON PKWY S   HOUSTON TX 77072 |
| DIRECT ENERGY | 1001 LIVERTY AVENUE    PITTSBURGH PA 15222 |
| REPUBLIC | 1450 EAST CLEVELAND ROAD    HUTCHINS TX 75141 |
| SPECTRUM | 1900 BLE CREST LANE    SAN ANTONIO TX 78247 |
| SPECTRUM | PO BOX 223085    PITTSBURGH PA 15251-2085 |
| SPECTRUM | PO BOX 94188    PALATINE IL 60094 |
| VONAGE | 23 MAIN STREET    HOLMDEL NJ 07733 |
| VONAGE | PO BOX 23887    NEW YORK NY 70087 |

# Total Count: 17

**EXHIBIT D**

White Rock Medical Center, LLC
Address Service List

| Name | Address |
|------|---------|
| ARTHUR J GALLAGHER | ADDRESS ON FILE |
| DEARBORN GROUP | 36788 EAGLE WAY    CHICAGO IL 60678 |
| HILB HEALTHCARE | ATTN: FERN MARTINEZ 8399 WESTVIEW DRIVE SUITE 200  HOUSTON TX 77005 |
| LEXINGTON INSURANCE COMPANY | 99 HIGH ST, FLOOR 25    BOSTON MA 02110 |
| POSITIVE PHYSICIANS | PO BOX 69638    BALTIMORE MD 21264 |
| POSITIVE PHYSICIANS | 40 MONUMENT RD, SUITE 106    BALA CYNWYD PA 19004 |
| PROFESSIONAL SECURITY INSURANCE COMPANY | PO BOX 52979    ATLANTA GA 30305 |
| TRAVELERS EXCESS & SURPLUS LINES | 100 SUMMER STREET SUITE 1175   BOSTON MA 02110 |
| ZURICH INSURANCE COMPANY | 7045 COLLEGE BLVD    OVERLAND PARK KS 66223 |

# Total Count: 9

# EXHIBIT E

White Rock Medical Center, LLC
Address Service List

| Name | Address |
|------|---------|
| BIOTEL EMS SYSTEM | ATTN: BIOTEL ADMINISTRATION 5200 HARRY HINES BLVD   DALLAS TX 75235 |
| CENTER FOR IMPROVEMENT IN HEALTHCARE QUALITY, LLC | 4411 SERENITY TRAIL    MCKINNEY TX 75071 |
| CENTER FOR IMPROVEMENT IN HEALTHCARE QUALITY, LLC | ATTN: RICHARD CURTIS, EXECUTIVE DIRECTOR & CEO P.O. BOX 3620  MCKINNEY TX 75070 |
| CENTERS FOR MEDICARE & MEDICAID SERVICES | ATTN: REGION VI DALLAS OFFICE 1301 YOUNG STREET, SUITE 900A DALLAS TX 75202 |
| CITY OF DALLAS | 1500 MARILLA STREET    DALLAS TX 75201 |
| CITY OF HOUSTON | 611 WALKER ST, 10TH FLOOR    HOUSTON TX 77002 |
| DALLAS CENTRAL APPRAISAL DISTRICT (DCAD) | 2949 N. STEMMONS FREEWAY    DALLAS TX 75247 |
| DALLAS COUNTY HOSPITAL DISTRICT | 5200 HARRY HINES BLVD    DALLAS TX 75235 |
| HARRIS COUNTY | P.O. BOX 4663    HOUSTON TX 77210-4663 |
| HARRIS COUNTY | 1001 PRESTON ST. SUITE 500    HOUSTON TX 77002 |
| NORTH CENTRAL TEXAS TRAUMA | 600 SIX FLAGS DRIVE SUITE 160    ARLINGTON TX 76011 |
| NORTH CENTRAL TEXAS TRAUMA | REGIONAL ADVISORY COUNCIL ATTN: ADMINISTRATION 600 SIX FLAGS DRIVE, SUITE 160  ARLINGTON TX 76011 |
| NOVITAS SOLUTIONS, INC. | ATTN: PROVIDER ENROLLMENT 9330 LYNDON B. JOHNSON FREEWAY, SUITE 1200   DALLAS TX 75243 |
| NOVITAS SOLUTIONS, INC. | 2020 TECHNOLOGY PARKWAY SUITE 100    MECHANICSBURG PA 17050 |
| PARKLAND HOSPITAL DISTRICT | DALLAS COUNTY HOSPITAL DISTRICT 5200 HARRY HINES BLVD   DALLAS TX 75235 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | PO BOX 13528 CAPITOL STATION   AUSTIN TX 78711-3528 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | 111 E. 17TH STREET    AUSTIN TX 78774 |
| TEXAS DEPARTMENT OF STATE HEALTH SERVICES | 1100 WEST 49TH STREET    AUSTIN TX 78756-3199 |
| TEXAS DEPARTMENT OF STATE HEALTH SERVICES | ATTN: HEALTH FACILITY LICENSING UNIT P.O. BOX 149347   AUSTIN TX 78714-9347 |
| TEXAS HEALTH & HUMAN SVCS COMMISSION | 4601 W GUADALUPE ST    AUSTIN TX 78751 |
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION | ATTN: HEALTH FACILITY LICENSING UNIT 701 W. 51ST STREET   AUSTIN TX 78714 |
| TEXAS MEDICAID & HEALTHCARE PARTNERSHIP | ATTN: CONTACT CENTER P.O. BOX 200795   DALLAS TX 78720 |
| TEXAS WORKFORCE COMMISSION (TWC) | 101 E. 15TH STREET    AUSTIN TX 78778 |

## Total Count: 23

**EXHIBIT F**

White Rock Medical Center, LLC

Address Service List

| Name | Address |
|------|---------|
| BLUE CROSS AND BLUE SHIELD OF TEXAS | PO BOX 650615    DALLS TX 75265-0615 |
| BLUE CROSS AND BLUE SHIELD OF TEXAS | 1501 NORTH PLANO RD.    RICHARDSON TX 75081 |
| BLUE CROSS BLUE SHIELD | P.O. BOX 650615    DALLAS TX 75265-0615 |
| BLUE CROSS BLUE SHIELD | 1501 NORTH PLANO RD.    RICHARDSON TX 75081 |
| DEARBORN LIFE INSURANCE COMPANY | 36788 EAGLE WAY    CHICAGO IL 60678-1367 |
| EYEMED | 4000 LUXOTTICA PLACE    MASON OH 45040 |
| HUMAN INTEREST | 655 MONTGOMERY ST. SUITE 1800    SAN FRANCISCO CA 94111 |
| PAYLOCITY | 1400 AMERICAN LANE    SCHAUMBURG IL 60173 |

# Total Count: 8

**EXHIBIT G**

WHITE ROCK MEDICAL CENTER, LLC, *et al.,*

Case No. 26-90115 (CML)

Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| INTERNAL REVENUE SERVICES | charles.messing@irs.gov; dennis.moody@irs.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | jana.whitworth@usdoj.gov |
| THE UNITED STATES ATTORNEYS OFFICE | USATXS.ATTY@USDOJ.GOV |
| 9330 POPPY DR LLC | LAKEWOODPRIMARYCAREWELLNESS@GMAIL.COM |
| ABBOTT LABORATORIES INC. | ADCMAILJO@ABBOTT.COM |
| ALTERA DIGITAL HEALTH INC | MIA.AVENA@ALTERAHEALTH.COM |
| CONSTELLATION NEWENERGY, INC. | HOME@CONSTELLATION.COM |
| DALLAS COUNTY | FPITRE@DALLASCOUNTY.ORG |
| DALLAS COUNTY HOSPITAL DISTRICT D/B/A | JAMES.BLASINGAME@PHHS.ORG |
| DIRECT ENERGY BUSINESS, LLC | JOYCE.JONES@DIRECTENERGY.COM |
| FINTHRIVE REVENUE SYSTEMS, LLC | NOTICES@FINTHRIVE.COM |
| HEALTHCARE NETWORK TEXAS INC. | WCNET@TDI.TEXAS.GOV |
| HHS FACILITIES MANAGEMENT, LLC | INFO@HSMANAGE.COM |
| MCKESSON | BOARDCHAIR@MCKESSON.COM |
| NEWMAN & HASWAH | adam.greenfield@uwlaw.com |
| ORTHOFIX MEDICAL INC (SUCCESSOR BY NAME CHANGE) | JULIEDEWEY@ORTHOFIX.COM |
| REILS INC. | KIMBALL@REILS.COM |
| STAR MD OF ARLINGTON & STAR ED OF ARLINGTON | INFO@STARMD.ORG |
| STRATEGIC MANAGEMENT AND CAPITAL LLC | TTHORNTON@STRATEGICSOLUTIONSCO.COM |
| STRATEGIC SOLUTIONS, LLC | tthornton@strategicsolutionsco.com |

WHITE ROCK MEDICAL CENTER, LLC, *et al.,*

Case No. 26-90115 (CML)

Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| TEXAS HEALTH AND HUMAN SERVICES | DHHS.MAILBOX@HHS.TEXAS.GOV |
| VALLEY MEDICAL STAFFING, INC. | TMORROW@VMSTAFFING.COM |
| VILLAGE EMERGENCY ROOM LLC | CCER3725@GMAIL.COM |
| XOBIOLOGIX LLC | MAYA@XOBIOLOGIX.COM |

**EXHIBIT H**

WHITE ROCK MEDICAL CENTER, LLC, *et al.,*

Case No. 26-90115 (CML)

Electronic Mail Utilities Service List

| Creditor Name | Email Address |
|---|---|
| ATMOS | media@atmosenergy.com |
| COMCAST BUSINESS | online.communications@alerts.comcast.net; customer.service@cm.sequium.com |
| COMCAST FIBER | online.communications@alerts.comcast.net; business_referral_info@cable.comcast.com |
| COMCAST FIBER | enterprise_billing@cable.comcast.com |
| DALLAS WATER UTILITY | Dallasgo@dallas.gov |
| SPECTRUM | TV3WebMaster@chater.com |
| SPECTRUM | contact@spectrumam.com |

**EXHIBIT I**

WHITE ROCK MEDICAL CENTER, LLC, *et al.,*

Case No. 26-90115 (CML)

Electronic Mail Insurance Service List

| Creditor Name | Email Address |
|---|---|
| ARTHUR J GALLAGHER | EMAIL ADDRESS ON FILE |
| HILB HEALTHCARE | fmartinez@hilbgroup.com |

# EXHIBIT J

WHITE ROCK MEDICAL CENTER, LLC, *et al.,*

Case No. 26-90115 (CML)

Electronic Mail Tax Service List

| Creditor Name | Email Address |
|---|---|
| CENTER FOR IMPROVEMENT IN HEALTHCARE QUALITY, LLC | rcurtis@cihq.org |
| CENTERS FOR MEDICARE & MEDICAID SERVICES | RODALFM@cms.hhs.gov |
| HARRIS COUNTY | CountyAdministration@harriscountytx.gov |
| NOVITAS SOLUTIONS, INC. | communications@guidewellsource.com |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | tax.help@cpa.texas.gov |
| TEXAS DEPARTMENT OF STATE HEALTH SERVICES | healthfacilitylicensing@hhs.texas.gov |
| TEXAS DEPARTMENT OF STATE HEALTH SERVICES | customer.service@dshs.texas.gov |
| TEXAS HEALTH & HUMAN SVCS COMMISSION | angie.penry@hhs.texas.gov |

**EXHIBIT K**

WHITE ROCK MEDICAL CENTER, LLC, *et al.,*

Case No. 26-90115 (CML)

Electronic Mail Wages Service List

| Creditor Name | Email Address |
|---|---|
| DEARBORN LIFE INSURANCE COMPANY | AncillaryQuestions@mydearborngroup.com |
| PAYLOCITY | Batclientsupport@paylocity.com |

**EXHIBIT L**

WHITE ROCK MEDICAL CENTER, LLC, *et al.,*

Case No. 26-90115 (CML)

Facsimile Mail Master Service List

| Creditor Name | Fax |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | 713-718-4670 |
| THE UNITED STATES ATTORNEYS OFFICE | 713-718-3300 |

WHITE ROCK MEDICAL CENTER, LLC, *et al.,*

Case No. 26-90115 (CML)

Facsimile Mail Tax Service List

| Creditor Name | Fax |
|---|---|
| BIOTEL EMS SYSTEM | 214-670-6436 |
| CENTERS FOR MEDICARE & MEDICAID SERVICES | (214) 767-4440 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | 512-463-5700 |
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION | (512) 438-5885 |

WHITE ROCK MEDICAL CENTER, LLC, *et al.,*

Case No. 26-90115 (CML)

Facsimile Mail Insurance Service List

| Creditor Name | Fax |
|---|---|
| ARTHUR J GALLAGHER | NUMBER ON FILE |