**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| WHITE ROCK MEDICAL CENTER, LLC, *et al.*,[1] | Case No. 26-90115 (ARP) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 15** |

**CERTIFICATE OF SERVICE**

I, GEOFF ZAHM, certify that:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 29, 2026, I caused to be served the:

    a.  "Order Granting Complex Chapter 11 Bankruptcy Case Treatment," dated January 23, 2026 [Docket No. 15], and

    b.  "Notice of Chapter 11 Bankruptcy Case," a copy of which is annexed hereto as Exhibit A,

    by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each of their federal identification numbers are White Rock Medical Center, LLC (6083); NCP Management, LLC (8327); North Houston Surgical Hospital, LLC (2161); National Payroll Services, LLC (3573); Heights Healthcare of Texas, LLC (0118); Heights Healthcare of Houston, LLC (3093); Ashland Healthcare, LLC (0023). The location of the Debtors' corporate headquarters and the Debtors' service address is 1917 Ashland Street, Houston, Texas 77008.

# EXHIBIT A

| Information to identify the case: | |
|---|---|
| Debtor: White Rock Medical Center, LLC | EIN: 82-3626083 |

United States Bankruptcy Court for the Southern District of Texas

Case number: 26-90115 (ARP)          Date case filed for chapter 11: January 20, 2026

---

Official Form 309F1 (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case          **10/20**

---

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov) or by visiting the court-appointed claims agent's website at https://dm.epiq11.com/WhiteRockMedicalCenter.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1. **Debtor's full name: See chart below.**

   **List of Jointly Administered Cases**

   | Jointly Administered Cases | Address | Case No. | Tax ID No. |
   |---|---|---|---|
   | **White Rock Medical Center, LLC** | 1917 Ashland Street, Houston, TX 77008 | **26-90115 (ARP)** | **82-3626083** |
   | **Heights Healthcare of Houston, LLC** | 1917 Ashland Street, Houston, TX 77008 | **26-90116 (ARP)** | **33-3603093** |
   | **Heights Healthcare of Texas, LLC** | 9440 Poppy Drive, Dallas, TX 75218 | **26-90117 (ARP)** | **93-3740118** |
   | **Ashland Healthcare, LLC** | 1917 Ashland Street, Houston, TX 77008 | **26-90120 (ARP)** | **33-3530023** |
   | **National Payroll Services LLC** | 1917 Ashland Street, Houston, TX 77008 | **26-90121 (ARP)** | **88-4263573** |
   | **NCP Management, LLC** | 1917 Ashland Street, Houston, TX 77008 | **26-90122 (ARP)** | **82-1598327** |
   | **North Houston Surgical Hospital, LLC** | 1917 Ashland Street, Houston, TX 77008 | **26-90123 (ARP)** | **84-3992161** |

2. **All other names used in the last 8 years:**

| Debtor's Name | Other Names Used in the Last 8 Years | |
|---|---|---|
| **White Rock Medical Center, LLC** | **Doctors Hospital at White Rock; Pipeline East Dallas; City Hospital at Whiter Rock; Baylor Scott and White at White Rock; City Hospital Emergency Care Center** | |
| **NCP Management, LLC** | **Village Health** | |
| **North Houston Surgical Hospital, LLC** | **Spring Hospital; The Heights Hospital; West Houston Surgery Center; DFW Surgical Center; Village Hospital** | |

**3. Address: See chart above.**

**4. Debtors' Attorney:**

**Reed Smith LLP**
Omar J. Alaniz, Esq. (OAlaniz@reedsmith.com)
2850 N. Harwood Street
Suite 1500
Dallas, Texas 75201
Telephone: (469) 680-4200
Fax: (469) 680-4299

**Debtors' Claims and Noticing Agent**

If you have questions about this notice, please contact:

White Rock Medical Center, LLC
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4420
Beaverton, OR 97076-4421

Email: WhiteRockMedical@epiqglobal.com

Website:
https://dm.epiq11.com/WhiteRockMedicalCenter

**5. Bankruptcy clerk's office**

Documents in this case may be filed at this address.

You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov or by visiting the court-appointed claims agent's website at: https://dm.epiq11.com/WhiteRockMedicalCenter

**P.O. Box 61010**
**Houston, TX 77208**

Hours open: Monday − Friday 8:00 AM − 5:00 PM CT
Contact phone (713) 250-5500

**6. Meeting of creditors**     **February 20, 2026, 1:30 pm (Central Time)**     **Location: Telephonic**

The debtor's representative must attend the meeting to be questioned under oath.
Creditors may attend, but are not required to do so.

The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

**The meeting of Creditors will be held by phone:**

**Please call: 1 (888) 330-1716**
**Participant Code: 7125797**

| 7. Proof of claim deadline | **Deadline for filing proof of claim:** | **Not yet set. If a deadline is set, the court will send you another notice.** |
|---|---|---|

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained by visiting the court- appointed claims agent's website at: https://dm.epiq11.com/WhiteRockMedicalCenter, http://www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
• your claim is designated as disputed, contingent, or unliquidated;
• you file a proof of claim in a different amount; or
• you receive another notice.

If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim, or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

Once the schedules are filed, you may review the schedules at the bankruptcy clerk's office or online for free at https://dm.epiq11.com/WhiteRockMedicalCenter.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| 8. **Exception to discharge Deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint: April 21, 2026** |
|---|---|

| 9. **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 10. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
|---|---|

| 11. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
|---|---|

**If you have questions about this notice, please contact the Debtors' Claims and Noticing Agent, Epiq Corporate Restructuring, LLC, via email by submitting an inquiry at WhiteRockMedical@epiqglobal.com**

**You may also find out more information at https://dm.epiq11.com/WhiteRockMedicalCenter**

**EXHIBIT B**

White Rock Medical Center, LLC
Address Service List

| Name | Address |
|------|---------|
| 427 W 20TH, LLC | C/O WEYCER KAPLAN PULASKI & ZUBER PC ATTN MURPHY S KLASING; SPENCER SALVADOR 24 GREENWAY PLZ, STE 2050  HOUSTON TX 77046 |
| 9330 POPPY DR LLC | C/O JAMES W JENNINGS III PLC ATTN JAMES W JENNINGS III 67 STONEWALL BEND  SAN ANTONIO TX 78256 |
| ABCD TECHNOLOGY INC | C/O MEADE & NEESE LLP ATTN D JOHN NEESE JR; ANDREW MEADE; SAMUEL HAREN 2118 SMITH ST  HOUSTON TX 77002 |
| ADAM NEWMAN ET AL. | C/O UNDERWOOD LAW FIRM PC ATTN ADAM S GREENFIELD 600 BAILEY AVE, STE 200  FORT WORTH TX 76107 |
| AGAPE ANESTHESIA CRNA, PLLC | C/O HAMADA SMITH PLLC ATTN SEAN T HAMADA DALLAS GALLERIA TWR III 13155 NOEL RD, STE 900 DALLAS TX 75240 |
| AIR TEXAS MECHANICAL, LLC | C/O CUPPLES & MAYO PLLC ATTN SONIA M MAYO 700 GEMINI, STE 200 HOUSTON TX 77058-2735 |
| ALAMITOS LENDING LP | C/O ENGELHARDT LAW PLLC ATTN STEVEN ENGELHARDT 4544 POST OAK PLACE DR, STE 270  HOUSTON TX 77027 |
| ALEXIS DEBARDELEBEN | C/O SPIELBERGER LAW GROUP ATTN ERIC D ROGERS 4890 W KENNEDY BLVD, STE 950  TAMPA FL 33606 |
| ALWAYS RELIABLE MEDICAL STAFFING | C/O LOCKLEAR LAW GROUP ATTN ROGER D LOCKLEAR 215 MCCASKILL AVE  MAXTON NC 28364 |
| AMERGIS HEALTHCARE / SURGICAL DIRECT / | MAXIM STAFFING C/O DAVIS & JONES LLC ATTN JOHN J SMITH, ASST DIRECTOR 3120 SABRE DR, STE 280 SOUTHLAKE TX 76092 |
| ANDREW'S SLEEPY SERVICES, PLLC | ATTN ANDREW EMERALD 713 BYRNE ST   HOUSTON TX 77009 |
| APOLLO ENDOSURGERY | C/O LAW OFFICE ANNE R GRUPP ATTN ANNE R GRUPP 1418 CARNE RD, STE 200  OJAI CA 93023 |
| ARTHREX | C/O BARNETT & GARCIA MATIAS EDUARDO GARCIA 3821 JUNIPER TRACE, STE 108  AUSTIN TX 78738 |
| ASPEN SURGICAL PRODUCTS | C/O TOTZ ELLISON & TOTZ PC ATTN JON D TOTZ 2211 NORFOLK, STE 510 HOUSTON TX 77098 |
| ASSURE NEUROMONITORING | C/O GOODSPEED MERRILL ATTN JUSTIN N SAWYER 9605 S KINGSTON CT, STE 200  ENGLEWOOD CO 80112 |
| BAJAE GS HEALTHCARE MANAGEMENT LLC | C/O THE DUSHKIN LAW FIRM ATTN JAY H DUSHKIN 4615 SOUTHWEST FWY, STE 600  HOUSTON TX 77027 |
| BANC OF AMERICA LEASING & CAPITAL LLC | C/O MOORE & VAN ALLEN PLLC ATTN BENJAMIN E SHOOK 100 N TYRON ST, STE 4700  CHARLOTTE NC 28202-4003 |
| BANC OF AMERICA LEASING & CAPITAL LLC | C/O FITCH LAW PARTNERS LLP ATTN RYAN M CUNNINGHAM 84 STATE ST BOSTON MA 02109 |
| BARBELLA, VIANETTE O/B/O THE ESTATE OF | VALMORE ADRIAN QINTERO MONAGAS ET AL. C/O THE MIDANI LAW FIRM ATTN BRIDGIT ANN WHITE; MARK O MIDANI 1616 S VOSS, STE 450 HOUSTON TX 77057 |
| BAXTER HEALTHCARE CORPORATION | C/O TOTZ ELLISON & TOTZ PC ATTN JON D TOTZ 2211 NORFOLK, STE 510 HOUSTON TX 77098 |
| BIBANK | C/O SETTLEPOU ATTN MICHAEL P MENTON; DENIKA L LOPEZ 3333 LEE PARKWAY, 8TH FL  DALLAS TX 75219 |
| BIO-MEDICAL APPLICATIONS OF TEXAS, INC. | C/O BRADLEY ARANT BOULT CUMMINGS LLP ATTN E SAWYER NEELY; EMILY A WEBB 1445 ROSS AVE, STE 3600  DALLAS TX 75202 |
| BIOPRO INC | C/O THE TROY LAW FIRM ATTN DANIEL E CHAPMAN 888 W BIG BEAVER RD, STE 1400  TROY MI 48084 |
| BIOVENTUS LLC | C/O TOTZ ELLISON & TOTZ PC ATTN JON D TOTZ 2211 NORFOLK, STE 510 HOUSTON TX 77098 |
| CARDINALHEALTH, INC. | C/O THE LAW OFFICES OF GLENN R SNYDER ATTN GLENN SNYDER 627 MERCURY AVE, STE 106  DUNCANVILLE TX 75137 |
| CDF TEXTILE, LTD. | C/O OWENS LAW GROUP PLLC ATTN TRAVIS OWENS; CONNER TICHOTA; REBECCA ROSEBUSH 414 W PHILLIPS, STE 105 CONROE TX 77301 |

White Rock Medical Center, LLC
Address Service List

| Name | Address |
|------|---------|
| CENTINEL SPINE LLC | PO BOX 207368   DALLAS TX 75320-7368 |
| CERTIFIED LANGUAGES INTERNATIONAL | 4800 S MACADAM AVE, STE 400   PORTLAND OR 97239 |
| CHEMAQUA INC. | PO BOX 152170   IRVING TX 75015-2170 |
| CIGNA HEALTHCARE OF TEXAS INC | 2800 N LOOP W, STE 700   HOUSTON TX 77092 |
| CITY OF HOUSTON | C/O LINBARGER GOOGAN BLAIR & SAMPSON LLP ATTN MARGARET ALFRED PO BOX 3064  HOUSTON TX 77253 |
| CITY OF HOUSTON | C/O LINBARGER GOOGAN BLAIR & SAMPSON LLP ATTN MARGARET ALFRED; CINTHYA PENA READE; ANGELICA M HERNANDEZ; DEANNA L LONGO PO BOX 3064 HOUSTON TX 77253-3064 |
| CLS HEIGHTS, LLC | C/O GRAY REED & MCGRAW LLP ATTN D SCOTT FUNK; MAX BROWN; KELLY H LEONARD 1300 POST OAK BLVD, STE 2000  HOUSTON TX 77056 |
| CLS HEIGHTS, LLC / CLS HEALTH, PLLC | C/O GRAY REED & MCGRAW LLP ATTN D SCOTT FUNK; MAX BROWN; KELLY H LEONARD 1300 POST OAK BLVD, STE 2000  HOUSTON TX 77056 |
| COMFLOW COMPANY, LLC | C/O THE ZAK K PATEL LAW FIRM PLLC ATTN XERXES (ZAK) K PATEL 4141 SOUTHWEST FREEWAY, STE 250  HOUSTON TX 77027 |
| CONCEPT HEALTHCARE PARTNERS | C/O HENDERSHOT COWART PC ATTN SIMON W HENDERSHOT III; CAROLYN CAROLLO; SARAH M VIDA 1800 BERING DR, STE 600 HOUSTON TX 77057 |
| CONMED LIVATEC CORP | C/O BARNETT & GARCIA ATTN JENNIE M BASS; MATIAS EDUARDO GARCIA; LAWRENCE J FALLI; IAN A MCCARTHY 3821 JUNIPER TRACE, STE 108 AUSTIN TX 78738 |
| CONSTELLATION NEWENERGY, INC. | C/O FOLEY & LARDNER LLP ATTN SCOTT D ELLIS; REY RODRIGUEZ IV; QUYNH-NHU TRUONG 1000 LOUISIANA ST, STE 2000 HOUSTON TX 77002 |
| COREVANT HEALTH PARTNERS | 2450 LOUISIANA ST, STE 400   HOUSTON TX 77006 |
| CUMMINS SOUTHERN PLAINS LLC | PO BOX 772642   DETROIT MI 48277-2642 |
| DALLAS COUNTY HOSPITAL DISTRICT | C/O ADAMS LYNCH & LOFTIN PC ATTN SCOTT A CUMMINGS; NEAL W ADAMS 3950 HIGHWAY 360  GRAPEVINE TX 76051-6741 |
| DANA GRELLHESL MD | ADDRESS ON FILE |
| DARLENE A. RILEY-HARRIS | ADDRESS ON FILE |
| DAWN CRAIG | C/O HOLMES LAW GROUP PLLC ATTN TREVOR C MARTIN; MICHAEL A HOLMES; KAYLA AITKEN PO BOX 38282 DALLAS TX 75238 |
| DEGEN MEDICAL INC. | C/O LAW OFFICES OF TERESA FORD PC ATTN TERESA FORD 615 MARKET ST, STE C  KIRKLAND WA 98033 |
| DIGESTIVE HEALTH ASSOCIATES OF TEXAS, P.A. | C/O KATTEN ATTN HOWARD R RUBIN 1919 PENNSYLVANIA AVE NW, STE 800  WASHINGTON DC 20006 |
| DIRECT ENERGY BUSINESS, LLC | D/B/A NRG AND NRG BUSINESS C/O ARCHIE LAW PLLC ATTN NEKKETTA M ARCHIE 2000 CRAWFORD ST, STE 1710 HOUSTON TX 77002 |
| DR. SUN WRIGHT | ADDRESS ON FILE |
| DR. TERRY GEMAS | C/O HANSEN & ASSOCIATES ATTN JEFFREY E HANSEN 1101-A NORTH LITTLE SCHOOL RD  ARLINGTON TX 76017 |
| DR. XUAN LANGRIDGE | ADDRESS ON FILE |
| DYNAMIC ACCESS / DYNAMIC INFUSION | 600 N CENTRAL EXPWY, STE 280   RICHARDSON TX 75080 |
| ELEVATED/ORACLE ELEVATOR | 100 EZELL DR, STE 102   DESOTO TX 75115 |
| ELIGIBILITY ADVOCATES, LLC | C/O THE TUREK LAW FIRM PC ATTN DOUGLAS TUREK; JASLEEN SHOKAR 9595 SIX PINES DR, STE 8210  THE WOODLANDS TX 77380 |
| EMMANUEL FALAUDE | ADDRESS ON FILE |
| ENERGY MECHANICAL SERVICES, INC. | C/O ANDREW MEYERS, ATTORNEYS AT LAW ATTN W JASON WALKER 1885 SAINT JAMES PL, 15TH FL  HOUSTON TX 77056 |

White Rock Medical Center, LLC
Address Service List

| Name | Address |
|------|---------|
| ERAZO REALTY, LP | C/O MEYERS ROMAN ATTN BRYAN J DARDIS ETON TOWER 28601 CHAGRIN BLVD, STE 600 CLEVELAND OH 44122 |
| ERN ENTERPRISES, INC. | C/O ZUETEL LAW GROUP ATTN BRYAN M ZUETEL 18650 MACARTHUR BLVD, STE 300  IRVINE CA 92612 |
| EULER HERMES NORTH AMERICA INSURANCE COMPANY | C/O JAMESON AND DUNAGAN PC ATTN KYLER R MILLSAP 5429 LBJ FREEWAY, STE 300  DALLAS TX 75240 |
| EVERBANK N.A. | C/O COKINOS \| YOUNG ATTN JOSHUA J WOODS FOUR HOUSTON CENTER 1221 LAMAR ST, 16TH FL HOUSTON TX 77010 |
| EXCELLENCE MEDICAL GROUP, LLC | C/O HOOVER SLOVACEK LLP ATTN EDWARD L ROTHBERG; DEIRDRE CAREY BROWN GALLERIA TOWER II 5051 WESTHEIMER, STE 1200 HOUSTON TX 77056 |
| EXECUTIVE CONSULTING GROUP, LLC | C/O DAVIS GRAHAM ATTN JILL F LYNCH; MADELINE J SMART 1550 17TH ST, STE 500  DENVER CO 80202 |
| FAIRWAY BOUND LLC | 13 HOGG PECAN PASS    AUSTIN TX 78748 |
| FELISHA SWANKS | ADDRESS ON FILE |
| FINANCIAL CORPORATION OF AMERICA, | AND REVCO SOLUTIONS INC C/O CRAIN CATON & JAMES PC ATTN ALEXANDER W COHN 1401 MCKINNEY, STE 1700 HOUSTON TX 77010 |
| FINTHRIVE REVENUE SYSTEMS, LLC | C/O FOX ROTHSCHILD LLP ATTN ROBERT J PALMER 2501 N HARWOOD ST, STE 1800  DALLAS TX 75201 |
| FIRST-CITIZENS BANK & TRUST COMPANY | C/O CARIN CATON ET AL ATTN JOE R SAVOIE 1401 MCKINNEY, STE 1700 HOUSTON TX 77010 |
| FIRST-CITIZENS BANK & TRUST COMPANY | C/O MCCARTHY BURGESS WOLFF ATTN ADRIAN ROSAS 26000 CANNON RD  CLEVELAND OH 44146 |
| FRANCIS B. FALBEY JR., MD | C/O SPENCER FANE LLP ATTN FREDERICK T JOHNSON; CHRISTINE A CHASSE 3040 POST OAK, STE 1400  HOUSTON TX 77056 |
| FRIEDMAN & FEIGER, LLP | C/O FRIEDMAN & FEIGER ATTN MICHAEL D DONOHUE 17304 PRESTON RD, STE 300  DALLAS TX 75252 |
| GE HFS LLC | C/O KUTAK ROCK LLP ATTN THOMAS J  MAKENS THE OMAHA BLDG 1650 FARNAM ST OMAHA NE 68102-2186 |
| GJERSET & LORENZ LLP | ATTN TODD RAMBERG 2801 VIA FORTUNA, STE 500   AUSTIN TX 78746 |
| GLOBAL ANESTHESIA SERVICES, P.A. | C/O LAW OFFICES OF KEVIN MICHAEL MADDEN PLLC ATTN KEVIN M MADDEN 16310 STATE HWY 249, UNIT 1304  HOUSTON TX 77064 |
| GLOBAL HAWK RESOURCES (BONESUPPORT INC.) | PO BOX 2010    METHUEN MA 01844 |
| HCL MECHANICAL SERVICES, LLC | C/O LEVITON LAW FIRM LTD ATTN DON A LEVITON ONE PIERCE PL, STE 725 W  ITASCA IL 60143 |
| HCL MECHANICAL SERVICES, LLC | 6877 WYNWOOD LN    HOUSTON TX 77008 |
| HEALOGICS, LLC | 5220 BELFORT RD, STE 130    JACKSONVILLE FL 32256 |
| HEALTHCARE NETWORK TEXAS REPUBLIC HEALTH | CORPORATION OF ROCKWALL COUNTY C/O HILGERS GRABEN PLLC ATTN ANDREW H BEAN 7859 WALNUT HILL LANE, STE 335 DALLAS TX 75230 |
| HEALTHSTREAM, LNC. | 500 11TH AVE N, STE 1000    NASHVILLE TN 37203 |
| HERRICK/HERRICK | C/O CHARLES D & NELIDA SIMONA HERRICK 2216 BABALOS LN   DALLAS TX 75228 |
| HHS FACILITIES MANAGEMENT, LLC | C/O ADAMS AND REESE LLP ATTN COLLIN M WEYAND LYONDELLBASELL TWR 1221 MCKINNEY, STE 4400 HOUSTON TX 77010 |
| HPIC | C/O SHEILS WINNUBST ATTN T CRAIG STHILS; STEPHANIE L UTAH 1701 N COLLINS BLVD, STE 1100  RICHARDSON TX 75080 |
| IDR HEALTHCARE, LLC | C/O JOHNSON LEGAL GROUP PC ATTN ROBERT E JOHNSON JR PO BOX 422295  ATLANTA GA 30342 |
| IMAGEFIRST HEALTHCARE LAUNDRY SPECIALISTS | C/O BLANKROME ATTN SHAWNA J HENRY UNION TRUST BLDG 501 GRANT ST, STE 850 PITTSBURGH PA 15219 |

| Name | Address |
|---|---|
| IMAGEFIRST HEALTHCARE LAUNDRY SPECIALISTS | 3040 QUEBEC RD    DALLAS TX 75247 |
| IMEDICAL INC | C/O DEATON LAW FIRM ATTN THOMAS W DEATON PO BOX 1964 103 EAST DENMAN LUFKIN TX 75901 |
| INNOVASIS INC. | C/O FREEDMAN PRICE & ANZINI PC ATTN J JAVIER ANZIANI 1101 W AVE, STE 200  AUSTIN TX 78701 |
| ITECH MONITORING | 25514 OAKHURST DR    SPRING TX 77386 |
| ITECH MONITORING | C/O KIRSCHENBAUM & KIRSCHENBAUM PC ATTN RICHARD N PAGNOTTA 200 GARDEN CITY PLZ  GARDEN CITY NY 11530 |
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC. | C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN DAVID W DYKHOUSE 1133 AVENUE OF THE AMERICAS  NEW YORK NY 10036 |
| JOHNSON CONTROLS FIRE PROTECTION LP | C/O WAGNER FALCONER & JUDD LTD ATTN MICHAEL J DUPONT 100 S 5TH ST, STE 800  MINNEAPOLIS MN 55402 |
| JOINT RESTORATION | C/O MORIAL & BLAKE ASSOCIATES LLC ATTN MORGAN BARR 151 WESTOVER LN  MONTZ LA 70068 |
| KCI USA INC. | C/O TOTZ ELLISON & TOTZ PC ATTN JON D TOTZ 2211 NORFOLK, STE 510 HOUSTON TX 77098 |
| KELECHI EKEJIUBA ANESTHOLOGIST | D/B/A KAY2M LLC 19426 CARPENTERS BAYOU CT   CYPRESS TX 77433 |
| LABORATORY CORPORATION | C/O KASSELMAN & MCCORKINDALE ATTN D KEVIN MCCORKDALE 6275 W PLANO PKWY, STE 500  PLANO TX 75093 |
| LATOSHA WASHINGTON | C/O THE LAW OFFCS OF REYNOLDS & REYNOLDS PLLC ATTN RUSSELL R REYNOLDS; DEBRA S REYNOLDS; GABRIELA R MCNITZKY; CHRISTOPHER B NORRIS 3211 INTERNET BLVD, STE 220 FRISCO TX 75034 |
| LIGHT CT SOLUTIONS | C/O LAW OFFICE OF ERIC GOULD ATTN ERIC GOULD 5773 WOODWAY #184 HOUSTON TX 77057 |
| LIMA EAST ANESTHESIA ASSOCIATES, PLLC | C/O QURESHI LAW FIRM PLLC ATTN USMAN M QURESHI 8951 COLLIN MCKINNEY PKWY, STE 503  MCKINNEY TX 75070 |
| MARIA FLORES ET AL. | ADDRESS ON FILE |
| MARTINEZ AND FISHER | (MOORISH CONSULAR COURT - SOVEREIGN CITIZEN) 2802 TIMMONS LN, UNIT 22044   HOUSTON TX 77027-5321 |
| MASSEY SERVICES INC | C/O LOWNDES DROSDICK DOSTER KANTOR & REED PA ATTN MELODY B LYNCH 215 NORTH EOLA DR  ORLANDO FL 32801-2028 |
| MED ONE CAPITAL FUNDING LLC | C/O RAY QUINNEY & NEBEKER PC ATTN RICHARD H MADSEN II; JAMES A SORENSON 36 S STATE ST, STE 1400 PO BOX 45385 SALT LAKE CITY UT 84145 |
| MEDSOURCE SURGICAL SOLUTIONS | C/O SNELL & WILMER ATTN BENJAMIN W REEVES ONE EAST WASHINGTON ST, STE 2700  PHOENIX AZ 85004-2556 |
| MEDTRONIC INC | C/O WAGNER FALCONER & JUDD LTD ATTN LAUREN T SKILDUM 100 S FIFTH ST, STE 800  MINNEAPOLIS MN 55402 |
| MEDTRONIC INC | C/O BARNETT & GARCIA ATTN LAWRENCE J FALLI; MATIAS EDUARDO GARCIA; JENNIE M BASS; IAN A MCCARTHY 3821 JUNIPER TRACE, STE 108 AUSTIN TX 78738 |
| MERIT RADIOLOGY LLC | C/O THE MESSERLI LAW  FIRM PLLC ATTN MATTHEW G MESSERLI 99 TROPHY CLUB DR  TROPHY CLUB TX 76262 |
| MICROBIOLOGY SPECIALISTS INCORPORATED | ATTN HANNAH HEINZ, GEN COUNSEL 8275 EL RIO ST, STE 110   HOUSTON TX 77054 |
| MINERVA SURGICAL | C/O LEVITON LAW FIRM LTD ATTN DON LEVITON ONE PIERCE PL, STE 725 W  ITASCA IL 60143 |
| MUIN HASWAH | C/O HANSEN & ASSOCIATES ATTN JEFFREY E HANSEN 1101-A NORTH LITTLE SCHOOL RD  ARLINGTON TX 76017 |
| NANCY VAUGHN | ADDRESS ON FILE |

White Rock Medical Center, LLC
Address Service List

| Name | Address |
|---|---|
| NEOBEGINNINGS, PLLC | C/O WINSTEAD PC ATTN STEPHEN D TAYLOR; KYLE MARKWARDT 300 THROCKMORTON ST, STE 1700  FORT WORTH TX 76102 |
| NEUROMONITORING ASSOCIATES LLC | 550 N CENTRAL EXPWY, UNIT 2586    MCKINNEY TX 75070 |
| NEVRO CORP | 1800 BRIDGE PKWY    REDWOOD CITY CA 94065 |
| NICHOLAS SURACI MD PLLC | 11922 PEBBLE ROCK DR    HOUSTON TX 77077 |
| OGLETREE DEAKINS | C/O GIBSON HEROD LAW ATTN DAVID R GIBSON; REAGAN R HEROD 15400 KNOLL TRAIL DR, STE 300  DALLAS TX 75248 |
| OGLETREE DEAKINSNASH SMOAK & STEWART PC | C/O GIBSON HEROD LAW ATTN DAVID R GIBSON; REAGAN R HEROD 15400 KNOLL TRAIL DR, STE 250  DALLAS TX 75248 |
| ORTHOFIX US LLC | C/O TOTZ ELLISON & TOTZ PC ATTN MARC L ELLISON 2211 NORFOLK, STE 510  HOUSTON TX 77098 |
| ORTHOFIX US LLC | C/O BLENDEN ROTH LAW FIRM PLLC ATTH DAVID W ROTH; MARK P BLENDEN 2217 HARWOOD ROAD  BEDFORD TX 76021 |
| OSTEOREMEDIES, LLC | C/O TOTZ ELLISON & TOTZ PC ATTN JON D TOTZ 2211 NORFOLK, STE 510 HOUSTON TX 77098 |
| PALM HARBOR MEDICAL | C/O LAW OFFICES ANNE R GRUPP ATTN ANNE R GRUPP 1418 CARNE RD, STE 200  OJAI CA 93023 |
| POINTE MEDICAL CONSULTANTS | C/O SPONSEL MILLER PLLC (F/K/A SPONSEL MILLER GREENBERG PLLC) ATTN THANE TYLER SPONSEL III 520 POST OAK BLVD, STE 310 HOUSTON TX 77027 |
| PREMIA SPINE INC. | 98 EAST AVE    NORWALK CT 06851-5029 |
| PRESTON ANESTHESIA PLLC | C/O QURESHI LAW FIRM PLLC ATTN USMAN M QURESHI 8951 COLLIN MCKINNEY PKWY, STE 503  MCKINNEY TX 75070 |
| PROVIDENCE MEDICAL TECHNOLOGY, INC. | C/O DORSEY & WHITNEY LLP ATTN RACHEL P STOLAN 167 HAMILTON AV, STE 200  PALO ALTO CA 94301 |
| RADIATION DETECTION COMPANY | 3527 SNEAD DR    GEORGETOWN TX 78626 |
| REGIONS BANK, AS SUCCESSOR BY MERGER TO | ASCENTIUM CAPITAL LLC C/O BAKER DONELSON BEARMAN CADWELL & BERKOWITZ PC ATTN VALERIE HENDERSON; JUDSON MAHAN 1301 MCKINNEY ST, STE 3700 HOUSTON TX 77010 |
| REILS FINANCE SPV | 4TH FL, GENESIS BLDG 13 GENESIS CLOSE   GEORGETOWN  KY1-1107 CAYMAN ISLANDS |
| RICK NGO, M.D. | ADDRESS ON FILE |
| ROD A. HENDERSON | ADDRESS ON FILE |
| SCOTT HANSEL | C/O KJ PARTNERS LLP ATTN JESSICA BROWN 4849 GREENVILLE AVE, STE 100-170  DALLAS TX 75206 |
| SEASPINE SALES LLC | C/O BLENDEN ROTH LAW FIRM PLLC ATTN DAVID W ROTH; MARK P BLENDEN 2217 HARWOOD ROAD  BEDFORD TX 76021 |
| SHIELA FOSTER | ADDRESS ON FILE |
| SIEMENS FINANCIAL SERVICES INC | C/O WELLS & CUELLAR PC ATTN JAME CUELLAR; D BRENT WELL; JEFFREY D STEWART 440 LOUISIANA ST, STE 718  HOUSTON TX 77002 |
| SIEMENS FINANCIAL SERVICES INC | C/O PHILLIPS LYTLE LLP ATTN TODD A RITSCHDORFF OMNI PLZ, 30 SOUTH PEARL ST  ALBANY NY 12207-3425 |
| SINGLETON ASSOCIATES, PA | C/O DUANE MORRIS LLP ATTN JOHN S POLZER 100 CRESCENT CT, STE 1200  DALLAS TX 75201 |
| SLR MEDICAL CONSULTING, LLC | C/O WILLIAM W CAMP PC ATTN WILLIAM W CAMP 12700 HILLCREST RD, STE 125  DALLAS TX 75230 |
| SOLVENTUM HEALTH INFORMATION SYSTEMS, INC. | 575 W MURRAY BLVD    MURRAY UT 84123-4611 |
| SPINAL ELEMENTS, INC. | C/O TOTZ ELLISON & TOTZ PC ATTN JON D TOTZ 2211 NORFOLK, STE 510 HOUSTON TX 77098 |

White Rock Medical Center, LLC
Address Service List

| Name | Address |
|------|---------|
| SPINE WAVE, INC. | C/O TOTZ ELLISON & TOTZ PC ATTN JON D TOTZ 2211 NORFOLK, STE 510 HOUSTON TX 77098 |
| SPRING EXCELLENCE MANAGEMENT LLC | C/O MEADE & NEESE LLP ATTN D JOHN NEESE JR; ANDREW MEADE; SAMUEL HAREN 2118 SMITH ST  HOUSTON TX 77002 |
| SPRING EXCELLENCE SURGICAL HOSPITAL LLC | C/O MEADE & NEESE LLP ATTN D JOHN NEESE JR; ANDREW MEADE; SAMUEL HAREN 2118 SMITH ST  HOUSTON TX 77002 |
| SPRING SURGICAL HOSPITAL PARTNERS, LLC | C/O KEAN MILLER LLP ATTN DAVID PYBUS; JACOB R MALATEK 711 LOUISIANA ST, STE 1800 SOUTH TOWER HOUSTON TX 77002 |
| SRC HOSPITAL INVESTMENTS I, LLC | C/O DUANE MORRIS LLP ATTN JAMES BILLINGSLEY, PC; ELLEN EARL GILLIS 100 CRESCENT CT, STE 1200  DALLAS TX 75201 |
| STATE OF TEXAS | C/O OFFICE OF THE ATTORNEY GENERAL ATTN CALLAN C SEARCY PO BOX 12548  AUSTIN TX 78711-2548 |
| STELLAR BANK | C/O ROSS BANKS MAY CRON & CAVIN PC ATTN JIM HAMILTON; XOCHYTL D GREER 7700 SAN FELIPE, STE 550  HOUSTON TX 77063 |
| STEWARDSHIP OFFICER SERVICES, LLC | C/O LOVELACE LAW PC ATTN SEAN CARMICHAEL 283 MARKET ST BURLESON TX 76028 |
| STOLL | C/O TREMAIN ARTAZA PLLC ATTN CHRISTINE A HOPKINS; ASHLEY E TREMAIN 4925 GREENVILLE AVE #200  DALLAS TX 75206 |
| SURGICAL RESOURCES GROUP LLC | C/O THE LEVITTON LAW FIRM LTD ATTN DON A LEVITON ONE PIERCE PL, STE 725 W  ITASCA IL 60143 |
| SYNCHRONICITY HEALTH (NURSEDASH) | C/O DOUGLASS & KIGGUNDU PLLC ATTN JAMMY M KIGGUNDU 1811 BERING DR, STE 420  HOUSTON TX 77057 |
| TALLA NGANKEU LLC AND FOUNDATIONS HOLDINGS, LLC | C/O MUNSCH HARDT KOPF & HARR PC ATTN STUART MILLER 700 MILAM ST, STE 800  HOUSTON TX 77002 |
| TAYLOR COMMUNICATIONS, INC | C/O GREAK URYASZ & BRUENING PC ATTN MICHAEL URYASZ 8008 SLIDE RD, STE 30  LUBBOCK TX 79424 |
| TERUMO AMERICAS HOLDING INC | C/O CAINE & WEINER ATTN ETTA DOUGHTY PO BOX 55848  SHERMAN OAKS CA 91413 |
| TEXAS MUTUAL INSURANCE COMPANY | ATTN LEWIS J TANDY; AMANDA HENDRICK LEWIS 2200 ALDRICH ST AUSTIN TX 78723 |
| TEXAS PARTNERS IN HOSPITAL CONSULTING PLLC | C/O QURESHI LAW FIRM PLLC ATTN USMAN M QURESHI 8951 COLLIN MCKINNEY PKWY, STE 503  MCKINNEY TX 75070 |
| THE BANCORP BANK, N.A. | C/O WRIGHT LAW GROUP PLLC ATTN RENEE M CASAS; REBECCA L MUNOZ 3120 SOUTHWEST FWY, STE 101 PMB #84356 HOUSTON TX 77098 |
| THE COUNTY OF DENTON, TEXAS | C/O MCCREARY VESELKA BRAGG & ALLEN PC ATTN GILBERT T BRAGG PO BOX 1277  DENTON TX 76202 |
| THE HUNTINGTON NATIONAL BANK | C/O WOMBLE BOND DICKINSON (US) LLP ATTN MICHAEL E CLARK 717 TEXAS AVE, STE 2100  HOUSTON TX 77002 |
| TISSUE TRANSPLANT TECHNOLOGY, LTD | C/O TOTZ ELLISON & TOTZ PC ATTN ANDREW B TOTZ 2211 NORFOLK, STE 510  HOUSTON TX 77098 |
| T-MOBILE | PO BOX 629025    EL DORADO HILLS CA 95762 |
| TREACE MEDICAL CONCEPTS, INC. | C/O TOTZ ELLISON & TOTZ PC ATTN JON D TOTZ 2211 NORFOLK, STE 510 HOUSTON TX 77098 |
| TXU ENERGY RETAIL COMPANY LP | C/O CAVAZOS HENDRICKS POIROT PC ATTN STEVN HOLMES 900 JACKSON ST, STE 570, FOUNDERS SQ  DALLAS TX 75202-4425 |
| US SPINAL SUPPLY, LLC | C/O HOLMGREN JOHNSON MITCHELL MADDEN ATTN DENNIS M HOLGREN 12801 NORTH CENTRAL EXPWY, STE 140  DALLAS TX 75243 |
| VALLEY MEDICAL STAFFING, INC. | C/O BISSINGER OSHMAN WILLIAMS & STRASBURGER LLP ATTN JOHN STRASBURGER; CAROLINE "HALLIE" BROWN 2229 SAN FELIPE, STE 1500 HOUSTON TX 77019 |

White Rock Medical Center, LLC
Address Service List

| Name | Address |
| --- | --- |
| VEMA STAFFING PARTNERS | C/O BISSINGER OSHMAN WILLIAMS & STRASBURGER LLP ATTN JOHN STRASBURGER; CAROLINE "HALLIE" BROWN 2229 SAN FELIPE, STE 1500 HOUSTON TX 77019 |
| VERADIGM (FKA ALLSCRIPTS) | 24630 NETWORK PL    CHICAGO IL 60673-1246 |
| VIANETTE BARBELLA, INDIVIDUALLY AND ON BEHALF OF | THE ESTATE OF VALMORE ADRIAN QUINTERO MONAGAS C/O THE MIDANI LAW FIRM ATTN BRIDGIT ANN WHITE; MARK O MIDANI 1616 S VOSS, STE 450 HOUSTON TX 77057 |
| VILLAGE EMERGENCY ROOM LLC | C/O MMW LAW LLC ATTN MICHAEL M WILSON 1980 POST OAK BLVD, STE 100  HOUSTON TX 77056 |
| VITAL EMERGENCY PARTNERS | C/O MORGAN LEWIS & BOCKIUS LLP ATTN JARED WILKERSON; COLLIN HOPKINS 1000 LOUISIANA ST, STE 4000  HOUSTON TX 77002 |
| VITURO HEALTH, LLC | C/O CONDON TOBIN ATTN STUART L COCHRAN 8080 PARK LN, STE 700 DALLAS TX 75231 |
| WEST COAST MEDICAL | C/O JAMESON AND DUNAGAN PC ATTN LINDSEY BARNES 5429 LBJ FREEWAY, STE 300  DALLAS TX 75240 |
| WESTCOAST ANESTHESIA ASSOCIATES PLLC | C/O QURESHI LAW FIRM PLLC ATTN USMAN M QURESHI 8951 COLLIN MCKINNEY PKWY, STE 503  MCKINNEY TX 75070 |
| XOBIOLOGIX LLC / GENESYS ORTHOPEDICS | C/O HOOVER SLOVACEK LLP ATTN PAUL A PILIBOSIAN; ZACHARY A CROW GALLERIA TOWER II 5051 WESTHEIMER, STE 1200 HOUSTON TX 77056 |
| XS SUPPLY, LLC | C/O BARNETT & GARCIA ATTN LAWRENCE J FALLI; MATIAS EDUARDO GARCIA; KAYLEIGH KRISTINE SMITH; IAN A MCCARTHY 3821 JUNIPER TRACE, STE 108 AUSTIN TX 78738 |
| XTANT MEDICAL INC. | C/O TOTZ ELLISON & TOTZ PC ATTN JON D TOTZ 2211 NORFOLK, STE 510 HOUSTON TX 77098 |
| XUAN LANGRIDGE | C/O HUYUH & HUYUH PLLC ATTN HIEU Q HUYNH 7670 WOODWAY DR, STE 342  HOUSTON TX 77063-1520 |
| ZRG PARTNERS LLC | 365 WEST PASSAIC ST, STE 465    ROCHELLE PARK NJ 07662 |

## Total Count: 175