**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WHITE ROCK MEDICAL CENTER, LLC, | § | Case No. 26-90115 |
| *et. al.* | § | |
| | § | (Joint Administration Required) |
| Debtor(s). | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES, PLEADINGS, ORDERS AND OTHER PAPERS

**PLEASE TAKE NOTICE** that **J. Michael Sutherland** and **David L. Campbell** of Carrington, Coleman, Sloman and Blumenthal L.L.P. hereby appear as counsel of record for Athelas Inc. in the above-captioned Chapter 11 case pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure and request that copies of any and all documents filed or entered in this case, be transmitted to:

J. MICHAEL SUTHERLAND
  SOUTHERN DISTRICT NO. 13736
  State Bar No. 19524200
DAVID L. CAMPBELL
  SOUTHERN DISTRICT NO. 25157
  State Bar No. 03698500
**CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP**
901 MAIN STREET, SUITE #5500
DALLAS, TEXAS 75202
TELEPHONE: (214) 855-3148
FACSIMILE: (214) 580-2641
EMAIL:  MSUTHERLAND@CCSB.COM
EMAIL: DCAMPBELL@CCSB.COM

Dated: February 24, 2026.

Respectfully submitted by,

/s/ J. Michael Sutherland
J. Michael Sutherland
  SOUTHERN DISTRICT No. 13736
  State Bar No. 19524200
David L. Campbell
  SOUTHERN DISTRICT no.  25157
  State Bar No. 03698500
**CARRINGTON, COLEMAN, SLOMAN**
  **& BLUMENTHAL, LLP**
901 Main Street, Suite #5500
Dallas, Texas 75202
Telephone: (214) 855-3000
Facsimile: (214) 580-2641
Email:dcampbell@ccsb.com
Email: msutherland@ccsb.com

**ATTORNEYS FOR ATHELAS, INC.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Appearance was served via CM/ECF to all parties authorized to receive electronic notice in this case on February 24, 2026, in accordance with the Texas Rules of Civil Procedure.

/s/ J. Michael Sutherland
J. Michael Sutherland