**EXHIBIT "A"**

Docusign Envelope ID: 972B1EA3-3706-4585-834A-A80E7F3482BA

 **Athelas**
Powered by Commure

# Athelas Service Agreement

This Athelas Service Agreement (the "**Service Agreement**") sets forth the services Athelas Inc. ("**Athelas**") will provide to the organization set forth below ("**Customer**") starting on the Effective Date. Upon execution of the Service Agreement, Customer will receive the below services through the Athelas platform (the "**Platform**") through one or more authorized user logins provided by Athelas.

| Customer Company Info | Accounts Payable Contact (responsible for setting up Customer's invoicing account with Routable, Athelas's auto-debit system) |
|---|---|
| Company Name: White Rock Medical Center, LLC<br>Address: 9440 Poppy Drive<br>Dallas, TX 75218<br>Contact Name: Ansaar Baig<br>Contact Email: ansaar.baig@whiterockmedicalcenter.com | Contact Name: Ansaar Baig<br>Contact Email: ansaar.baig@whiterockmedicalcenter.com<br>Contact Phone: (214) 429-3362 |

**Monthly Services.** Customer agrees to receive the below monthly RCM services ("**Monthly Services**") for which the box is checked:

| | Service | Fee | Notes |
|---|---|---|---|
| ☒ | Core RCM Service | 3.00% | Athelas will provide Core RCM Services for encounters generated after the submission start date ("**Submission Start Date**"), which Submission Start Date will be the earlier of the Go-Live Date (defined below) or an earlier date agreed to by the Parties during onboarding (the "**Backfill Date**"). Core RCM Services include claims submission, payment posting on the Athelas platform (ERAs and all EOBs provided electronically by Customer), rejection and denial management and resubmission, appeal submission, and management of patient responsibility. Athelas will provide reporting through the Athelas Insights dashboard. The specific features and capabilities included in Customer's instance of Insights will be based on the publicly available feature list located at www.docs.athelas.com. Athelas will follow specific instructions provided by Customer for claim creation. Where no instructions are provided, Athelas will utilize its expertise to create claims. Customer agrees to maintain accurate patient insurance and demographic information and to correct inaccurate information upon request. Athelas will provide Customer, at no additional charge beyond any agreed EHR integration fees, with payment posting data in a mutually agreed electronic format and frequency reasonably sufficient to permit Customer to reconcile and, if desired, import such payment posting data into Customer's EHR. <u>Customer acknowledges that except for providing such payment posting data and any EHR integration expressly set forth in a separately agreed EHR integration scope (including Exhibit C or any successor document),</u> **<u>Athelas will not post or otherwise input any information directly into Customer's EHR.</u>** **Please Initial:** ____ |
| ☒ | Commure Ambient Pro | 0.00% | Unlimited users, usage, and customer-generated templates included into our offered services. This is offered as a complimentary service and may be modified at any time by Athelas in its sole discretion. |
| ☒ | Commure Ambient Premier | 0.00% | Unlimited users, usage, and customer-generated templates included into our offered services. Number of templates created by Athelas determined within Commure Ambient Premier Integration Scope document attached hereto as **Exhibit C**. |
| ☒ | Portal/ ERA/Plaid Discount | - 0.50% | Customer agrees to 1) securely integrate with Plaid to allow Athelas access to Customer's bank account data, 2) ensure Athelas access to all available payor claim check portals ("**Claims Portals**") and 3) take all action requested by Athelas for enrollment of all electronic remittance advice ("**ERAs**") for all payors utilized by Customer, included, but not limited to, providing ERA portal access, voided checks, letterhead, and needed corporate information, as well as forwarding all ERA enrollment confirmations. Provided Athelas receives both Claims Portals and ERA submissions completed each sufficient to cover ninety-five (95%) of Customers claims dollars for which Claims Portals or ERAs are available ("**Discount Threshold**") by the Go-Live Date (defined below) (the "**Discount Deadline**"), the Portal/ERA Discount (the "**Discount**") will apply. If Customer fails to meet the Discount Threshold by the Discount Deadline, the Discount will be void. Note that if a Claims Portal or ERA submission fails after the Go-Live Date and additional action is required by Customer to rectify, Customer must take action within five (5) days of request by Athelas in order to maintain the Discount. |
| **BASE TOTAL COST** | | **2.50%** | Billed monthly starting on Core RCM Go-Live Date (defined below). All fee percentages are % of "Customer Revenue," which means all amounts actually collected by Customer or Athelas on account of claims submitted by Customer under this Service Agreement, net of refunds, chargebacks, and write-offs, and excluding (i) patient responsibility collected directly by Customer via physical cash or check and (ii) any amounts not attributable to claims submitted by Athelas. The minimum Monthly RCM Service fee charged by Athelas is **$38,500.00** (the "Monthly |

Docusign Envelope ID: 972B1EA3-3706-4585-834A-A80E7F3482BA

 **Athelas**
Powered by Commure

| | | |
|---|---|---|
| | | Minimum"), regardless of Customer's collections. |
| **PASS-THROUGH SERVICE COSTS** | | Card processor is currently Stripe, which charges a reduced fee of 2.7% + 5¢ per card reader transaction (Processor, and fee charged by processor, is subject to change at any time during the contract term). Stripe's standard fee is 2.9% + 30¢ per saved-card transaction (Processor, and fee charged by processor, is subject to change at any time during the contract term) ("**Stripe Costs**"). The SMS platform is currently Twilio, which charges a fee of 1.5¢ per SMS. SMS platform, and fee charged by the platform, is subject to change at any time during the contract term ("**Twilio Costs**"). The print and mailing platform is currently PostGrid, which charges a fee of $1.50 per mailing, should patients select this option. Printing platform, and fee charged by the platform, is subject to change at any time during the contract term ("**PostGrid Costs**"). The fax platform is currently Phaxio, which charges a fee of 7.5¢ per page. Fax platform, and fee charged by the platform, is subject to change at any time during the contract term ("**Phaxio Costs**"). Athelas includes a standard Eligibility check for all patients using available payer data feeds. In the event that this standard check fails to identify active coverage, Athelas may perform a secondary coverage detection check through a third-party platform. This secondary coverage detection is currently provided by Waystar, which charges a fee of $2.00 per check. Coverage detection is only run on patients for whom no active coverage is found based on the data received by Athelas. This secondary check may be automatically run in the case of eligibility-related denials or rejections, unless the Customer requests in writing that it be disabled. If disabled, responsibility for addressing any eligibility-related denials or rejections will be automatically routed to the Customer. The coverage detection platform and any associated fees ("**Waystar Costs**") are subject to change at any time during the contract term. The Stripe Costs, Twilio Costs, PostGrid Costs, Phaxio Costs, and Waystar Costs (related to secondary coverage detection) are invoiced on a pass-through basis and are not included in the Base Total Costs for Athelas's services provided hereunder. |

**Excluded Services.** Athelas will not provide any of the following services under this Service Agreement ("**Excluded Services**"):

1. **Coding.** Coding of claims (CPTs and ICD-10s), including review of coding completed by Customer (unless Customer selects Medical Coding Services on Page 1).
2. **Preauthorization.** Ascertaining need for or submitting preauthorization requests prior to appointments.
3. **Verification of Benefits.** Verification of benefits or eligibility for any appointments not booked at least twenty-four (24) hours in advance of DOS
4. **Contracting and Credentialing.** Contracting and credentialing with public and private insurance payors, professional and CLIA licensure, CAQH monitoring, and hospital privileging.
5. **On-Prem EHR.** Provision of Services where Customer utilizes one or more on-premises EHRs. Customer use of an on-prem EHR during any Term without written approval from Athelas will constitute Customer's termination of this Service Agreement.
6. **Inherited AR.** Athelas will not provide any Monthly Services for any encounters where the date of service ("**DOS**") is prior to the Submission Start Date. Customer is responsible for ensuring no claims are submitted outside of the Athelas system ("**External Claims**") after the Submission Start Date. Athelas will have no responsibility to provide Monthly Services for External Claims.
7. **Code Carve-Outs.** Athelas will not exclude or carve out specific CPT, ICD-10, or other billing codes from its claim submission and billing processes. All claims within the scope of this Agreement will be processed in accordance with Athelas' standard billing practices and applicable payer requirements.
   **Customer acknowledges that Athelas will not provide Code Carve-Outs. Please Initial:** _MB_ Initial

**Customer acknowledges that Athelas will not provide the above Excluded Services. Please Initial:** _MB_

**Additional Details, Roles, and Responsibilities.** Additional details regarding the Services, including the parties' respective responsibilities, are set forth in **Exhibit A**.

**Payment Terms.** Customer agrees that all payments will be made via automatic ACH debit by Athelas, as set forth in the Terms of Agreement, and to sign any additional authorization required to permit automatic ACH debit. Athelas will invoice Customer monthly and then automatically debit the fee owed no earlier than five (5) business days later. If ACH payment request from Athelas fails, Customer agrees to pay a late fee at the lower of 1.5% per month or the highest rate permitted by law.
**Prorated First Month of Service.** The cost for the first month of services provided under this Agreement shall not be subject to the Monthly Minimum. Instead, such Monthly Minimum will be prorated based on the number of remaining days in the first month.
**Invoicing Initiation.** Athelas shall initiate invoicing the Customer on the date that is the earlier of (a) Go Live Date, or (b) the date that is one-hundred twenty (120) days after the Effective Date of this Agreement. This provision is also reflected in the Go-Live Date Certification attached hereto as Exhibit B.
**Routable Setup.** Customer must complete ACH auto-debit setup in Routable prior to Onboarding kickoff. Failure to complete setup may delay launch. **Customer acknowledges the need to complete ACH setup before Onboarding kickoff. Please Initial:** _MB_ Initial

Docusign Envelope ID: 972B1EA3-3706-4585-834A-A80E7F3482BA

 **Athelas**
Powered by Commure

**Other Services.** Customer further agrees to receive the below services for which the box is checked ("**Other Services**") (collectively with the Monthly Services, the "**Services**"). Other Services will be billed in addition to the Monthly Services set forth above:

| | Service | Fee | Notes |
|---|---|---|---|
| ☒ | Site Onboarding | **$19,000.00** | Billed one time upon Service Agreement execution. The Onboarding Fee shall be credited to Customer's account for the twelfth (12th) month of the Term.<br><br>After the Effective Date, Athelas will schedule a technical assessment (the "**Technical Assessment**") followed by an onboarding kickoff meeting (the "**Kickoff Meeting**") with Customer. The parties will use reasonable efforts to schedule the Technical Assessment within five (5) days of the Effective Date and the Kickoff Meeting no later than five (5) days after the Technical Assessment. Onboarding will take approximately fifty-five (55) days from the end of the Kickoff Meeting, though it may be extended if Customer fails to timely provide requested access and information (the "**Onboarding Period**"). During the Onboarding Period Athelas will set up Monthly RCM Service and obtain necessary ERA and EDI authorizations, after which claim submission will commence. |
| ☒ | Card Reader | $250.00 per card reader | Athelas will provide in-office credit card readers ("**Card Readers**") at a cost of $250.00 per unit.<br><br>The cost of each Card Reader will be invoiced on the next monthly invoice, either (a) the first monthly invoice for the initial Card Readers or (b) the next monthly invoice following the purchase of any additional Card Readers. Card Reader charges are separate from the Onboarding Fee. |

| Effective Date / Estimated Start of Claims Submission | Initial Term Length | Renewal/Termination |
|---|---|---|
| **Effective Date**<br>11/30/2025<br><br>**Estimated Start of Claims Submission**<br><br>~65 days after Effective Date (the "**Go-Live Date**") to accommodate Technical Assessment, Kickoff Meeting and Onboarding Period. Customer will receive a Go-Live Certificate, as set forth in **Exhibit B**. | **12** months from Go-Live Date. | **Renewal/Termination.** At the end of the Initial Term or any renewal (each a "**Term**"), the Service Agreement will automatically renew unless terminated in writing by either party no less than thirty days prior to the end of the Term. Each Term will be equal in length to the Initial Term. Either party may terminate with sixty (60) days written notice to the other party. Athelas may terminate this Agreement no later than one (1) week after the technical assessment if Athelas reasonably determines that Site Onboarding will be too high risk for Customer ("**High-Risk Termination**").<br><br>If the Customer terminates any time after the execution of this agreement but before the end of a Term without cause, or Athelas terminates for cause, Customer agrees to pay an early termination amount equal to the number of months remaining in the then active Term (which shall be **12** months at any time prior to the Go-Live Date) multiplied by the greater of 1) the Monthly Minimum or 2) the average of the last three months billed Monthly RCM Service fee. ("**Early Termination Fee**"). The Customer agrees to co-operate with Athelas and provide all reasonable assistance as may be requested by Athelas in onboarding the Customer. If the Go-Live Date does not occur within one hundred twenty (120) days from the date hereof as a result of delays caused by the Customer, the Customer shall have deemed to have terminated the agreement and shall pay the Early Termination Fee to Athelas.<br><br>For avoidance of doubt, Customer will not be charged an Early Termination Fee (a) in the case of a High-Risk Termination by Athelas, (b) if the Customer terminates for cause as a result of Athelas not being able to meet its defined Service Level Agreements ("**SLAs**") as required by the terms of this Agreement, or (c) if Customer terminates this Service Agreement as a result of a material breach by Athelas provided (x) Customer notifies Athelas of the breach in writing and (y) Athelas fails to cure such breach within sixty (60) days from the date of such notification.<br><br>For any renewal Term, Athelas will notify Customer of any updates to Service price ("**Renewal Pricing**"). If aggregate Renewal Pricing is more than 1.05x the price payable in the prior Term, Customer may reject Renewal Pricing provided, however, that Athelas may then terminate the Service Agreement. |

**Agreement Terms**. Customer agrees to abide by the Terms of Agreement (Athelas.com/rcm-terms-of-agreement) and the Business Associate Agreement (Athelas.com/baa), which are incorporated by reference into this Agreement. Customer agrees that it, and any person it authorizes to utilize the Services Platform ("**Authorized Users**"), will abide by the Terms of Use (Athelas.com/terms-of-use) and Privacy Policy (Athelas.com/privacy-policy), which are incorporated by reference into this Agreement. Athelas may terminate this Agreement if Athelas determines, in its sole discretion, that an Authorized User has violated the Terms of Use or Privacy Policy. Customer acknowledges that Athelas's **SLAs**, including all service commitments and performance metrics, are located at Athelas.com/rcm-slas. In the event Athelas fails to meet the SLAs for two consecutive months, the Customer may only terminate the Agreement for cause by written notice at any time prior to such failure to meet the SLAs is cured without an obligation to pay an Early Termination Fee. Customer confirms that any help-desk tickets

Docusign Envelope ID: 972B1EA3-3706-4585-834A-A80E7F3482BA

 Athelas
Powered by Commure

and customer-service requests that (a) request higher or quicker performance and/or metrics set out in the SLAs, or (b) not otherwise required to be specifically dealt with pursuant to the SLAs or the terms of this Agreement, shall be dealt by Athelas in such order and with such turnaround times as it deems appropriate in its sole discretion.

## Additional Definitions.

- **"Site Responsibility"** – Term referring to any at-the-moment denied claim where Athelas requires additional information or action from the Customer to successfully appeal or resubmit the claim to the payer, but which Athelas cannot readily attain themselves from the Customer's EHR or additional resources. Examples of such information would be Medical Records, Patient Demographics, Prior Authorizations, etc.
- **"Athelas's Worked Denials"** – Term referring to any at-the-moment denied claim where Athelas is fully responsible for the claim's success, i.e. the Customer is not expected to provide any additional information or take any additional actions.
- **"Revenue Benchmark"** – Term referring to a historical record of the Customer's previous encounters, procedures, claims, collections, appeals, and denials in the previous twelve (12) months across patients, providers, and payers; serves as a baseline for evaluating future revenue performance and identifying areas for improvement.
- **"Aging AR"** – Term referring to the categorization of a Customer's outstanding Accounts Receivable ("**AR**") based on the length of time since the date of service or claim submission that the related balance has remained unpaid more than 90 days. This serves as a tool for measuring and identifying at-risk claims and evaluating Athelas's performance in reducing overdue balances. For purposes of this Agreement, Aging AR shall be calculated as the total dollar amount of unpaid claims aged greater than ninety (90) days divided by the total dollar value of all claims submitted during the applicable measurement period.

## Custom Terms.

- **Denial Rate Performance Guarantee.** Athelas guarantees that Athelas's Worked (excluding any Site Responsibility) Denials ("SLA Denial Rate") will not exceed ten percent (10.0%) (a) one hundred and eighty (180) days after the Core RCM Service Go Live Date, (b) upon the full-scale use of Athelas's software by the customer, and (c) the Customer follows reasonable directions given by Athelas.
    - o The SLA Denial Rate is calculated to be the total claims in a full primary denial state in Athelas's responsibility / total submitted claims in Athelas's responsibility. Athelas will measure this value quarterly.
    - o After six (6) months of Athelas's system being fully deployed and operational, should the SLA Denial Rate exceed 10.0% in a given quarter, Athelas agrees to a proportional discount of the Core RCM Service base fee for the quarter as set out below:
        - ▪ Discount Percentage = [(SLA Denial Rate – 10.0)/(10.0)]*100

This discount to the Core RCM Service base fee for the quarter may only be credited towards a future invoice. This discount to the Core RCM Service base fee for the quarter may not exceed one hundred percent (100%) of the invocable amount for any individual month's invoice within that month.

- **Aging AR Performance Guarantee.** Athelas guarantees that no more than 17% of AR will age past ninety (90) days (a) one hundred and eighty (180) days after the Core RCM Service Go Live Date, (b) upon the full-scale use of Athelas's software by the customer, and (c) the Customer follows reasonable directions given by Athelas.
    - o After six (6) months of Athelas's system being fully deployed and operational, should more than 17% of AR age past ninety (90) days, Athelas agrees to a proportional discount to the base cost for the quarter calculated as follows:
        - ▪ Discount Percentage = [{90+ AR aging - 17}/17]*100

The discount to the base cost for the quarter may only be credited towards a future invoice. It is not payable in cash as a refund. The discount to the base cost for the quarter may not exceed 100% of the invoiceable amount for any individual month's invoice within that month.

- **Tiered Fee Adjustment.** Athelas's Core RCM Service fee on total collections shall be subject to reduction based on the Customer's total collections within any trailing three-month period ("**T3 Period**") as follows:
    - o The service fee shall decrease from 3.00% (prior to any discounting) to 2.80% when Customer's total collections for any T3 Period exceed $15,000,000.
    - o The service fee shall further decrease from 2.80% (prior to any discounting) to 2.65% when Customer's total collections for any T3 Period exceed $21,000,000.
    - o The service fee shall further decrease from 2.65% (prior to any discounting) to 2.50% when Customer's total collections for any T3 Period exceed $30,000,000.

The service fee adjustment shall only become effective if Customer provides Athelas with written notice of the applicable T3 Period collections total and requests the fee adjustment. Athelas shall have the right to verify Customer's total collections prior to implementing any fee adjustment. Service fee adjustments, if applicable, shall take effect prospectively from the date of Athelas's receipt of such written notice and verification.

- **Clinicomp Credits.** The parties acknowledge that Customer, as of the Effective Date of this Agreement, is making payments to another vendor ("**Vendor**") for a limited period.
    - o Credit Structure: From the Go-Live Date, Athelas will provide Customer with credits ("**Credits**") in an amount equal to

Docusign Envelope ID: 972B1EA3-3706-4585-834A-A80E7F3482BA



Athelas
Powered by Commure

$20,000.00 for the first month of the Initial term. The cumulative total of Credits provided hereunder shall not exceed $20,000.00 ("**Credit Cap**").

o   Verification of Vendor Payments: Within sixty (60) days from the Effective Date, Customer shall provide Athelas with (a) a valid invoice from Vendor for each month for which Credits are sought, (b) proof of payment to Vendor for such invoices, and (c) written confirmation from Vendor of the total remaining buyout or payment obligation under Customer's contract with Vendor as of the Effective Date ("**Vendor Obligation**"). If Customer fails to provide such documentation within sixty (60) days, Athelas may suspend Credits until such documentation is received.

o   Credit Termination: Credits shall terminate upon the earliest of the following:

- the cumulative Credits reach the Credit Cap;
- Customer's contract with Vendor and any Settlement with Vendor regarding the contract has terminated, expired or been fully fulfilled;
- Customer's contract with Vendor is extended beyond the term as it existed as of the Effective Date; or
- the Services Agreement expires or terminates for any reason.

o   Credit Conditions: Credits are non-transferable, cannot be converted to cash, and may only be applied to reduce contract fees owed to Athelas. Any unused Credits shall be null and void upon termination or expiration of the Services Agreement. To receive Credits, Customer must submit the documentation required under Section 2 (Verification of Vendor Payments) for that month's invoice.

o   Customer Representations: Customer represents and warrants that the Monthly Invoiced Amount and Vendor Obligation provided to Athelas are accurate and complete. Athelas reserves the right to audit Customer's submissions under Section 2 (Verification of Vendor Payments) and adjust Credits if discrepancies are found.

- **Athelas Air Electronic Health Record System Add-On Option.** Customer may elect, on a site-by-site basis and at any time during the Term, to subscribe to Athelas Air and/or Commure Ambient AI Premier for additional Customer clinical sites, including outpatient or inpatient facilities ("Additional Sites"); provided, however, that such election shall only be effective if (a) no customization or additional development work is required from Athelas, (b) the applicable implementation, integration, data, and workflow requirements for the Additional Site are substantially similar to those used in Athelas's standard deployments, (c) Customer satisfies all access, documentation, security, IT configuration, and operational requirements applicable to Athelas's standard deployments, (d) Customer provides all required clinical, billing, and systems data in the formats reasonably requested by Athelas, (e) Customer maintains all systems, credentials, connectivity, and vendor arrangements necessary to support Athelas's standard deployment workflows, (f) Customer is not delaying, obstructing, or restricting any required approvals, access, or communication, and (g) Athelas, in its sole discretion, confirms following any requested feasibility assessment that technical scoping for the Additional Site is feasible and aligns with Athelas's then-current capacity, resourcing, roadmap prioritization, and strategic focus. Each Additional Site shall require a separate written confirmation, scope, onboarding plan, and mutually agreed timeline, and nothing in this section obligates Athelas to commence, prioritize, or complete any implementation absent such confirmation.

  Fees for Athelas Air and Commure Ambient AI Premier at any Additional Site shall be calculated solely as a percentage of claims submitted by Athelas and processed through Athelas Insights for that Additional Site. In addition to any Core RCM Service fees: Athelas Air shall be priced at 0.25% of all amounts actually collected by Customer or Athelas on account of claims submitted by Athelas for such Additional Site, net of refunds, chargebacks, and write-offs and excluding (i) patient responsibility collected directly by Customer via physical cash or check and (ii) any amounts not attributable to claims submitted by Athelas; and Commure Ambient AI Premier shall be priced at 0.25% of all amounts actually collected by Customer or Athelas on account of claims submitted by Athelas for such Additional Site, calculated on the same basis. The 0.25% rate for each product shall remain fixed and available for Customer's exercise of this option at any time during the Term, regardless of when Customer elects to implement the applicable module.

  Customer shall be responsible for any third-party vendor fees, interface fees, connectivity fees, or other charges imposed by Customer's systems or vendors in connection with any Additional Site. Any timelines communicated by Athelas are estimates only and may be adjusted based on Customer responsiveness, technical complexity, and resource availability. Athelas shall have no responsibility for delays or performance issues caused by incomplete, inaccurate, inaccessible, or inconsistent data or systems supplied by Customer or its vendors. Any implementation or failure to implement at an Additional Site shall not affect or modify Customer's obligations under the core Services, and this option grants no rights other than those expressly stated herein. In no event shall this option modify or limit any other fees, minimums, obligations, disclaimers, SLAs, or terms of this Agreement. All other terms of the Agreement remain unchanged.

Docusign Envelope ID: 972B1EA3-3706-4585-834A-A80E7F3482BA

**Athelas**
Powered by Commure

***

By signing below, the undersigned represents that they have sufficient authority to execute this Service Agreement on behalf of the Customer and agrees on behalf of the Customer to be bound by the terms of this Service Agreement and all terms and conditions.

Signed by:

*Mirza Baig*

Signature 7D9182E7C3CE478..

| Mirza Baig | CEO | 11/30/2025 |
| Print Name | Title | Date |

**Received and Accepted by Athelas:**

Signed by:

*Daniel Stewart*

Signature DFFF48EB1F73494..

| Daniel Stewart | AVP of Strategic Sales | 11/30/2025 |
| Print Name | Title | Date |

Docusign Envelope ID: 972B1EA3-3706-4585-834A-A80E7F3482BA



**Athelas**
Powered by Commure

## Exhibit A

## Services Roles and Responsibilities

The following Services comprise all Services currently offered by Athelas under the Service Agreement, as well as any specific responsibilities relating to each Service. To determine which Services have been purchased by Customer, please refer to the Service Agreement.

| Service | Athelas Responsibilities | Customer Responsibilities |
|---|---|---|
| **1.   Core RCM Services** | | |
| EDI/ERA Submission | Submit all necessary Electronic Data Interchange ("**EDI**") and Electronic Remittance Advice ("**ERA**") forms ("**Billing Permission Forms**") required for Athelas to provide RCM Service for Customer. | Promptly sign and return any Billing Permission Forms requested by Athelas within twenty-four (24) hours of receipt. Customer authorizes Athelas to sign Billing Permission Forms on its behalf, and irrevocably makes, constitutes, and appoints Athelas (and any of Athelas's officers or employees designated by Athelas) as such Customer's, and, to the extent legally permissible, Customer's providers', true and lawful attorney for the sole purpose of and with the power to sign their name on Billing Permission Forms for expediency. |
| Credentialing | No Responsibilities. | Contract and credential all providers with insurance payors. Maintain credentialing, licensure, and CAQH accreditation for all providers. Provide copies of contracts executed with all contracted insurance payers and continue to provide updates as contracts are revised and updated. |
| Encounter Extraction | Extract from Customer's electronic health records ("**EHR**") system encounters properly marked by Customer as ready to bill, provided that the EHR allows for automated extraction ("**Encounter Extraction**"). | Follow EHR protocol provided by Athelas when recording: (i) patient information, (ii) insurance information (incl. insurance cards), (iii) encounter data and charges (CPT/ICD-10 codes), (iv) any insurance or patient records necessary for billing, (v) referring provider, where applicable).<br><br>Label/update status of all completed encounters in the manner agreed to with Athelas (e.g., moving to "ready to bill" status) within seven (7) days of DOS.<br><br>Provide Batch Uploads, where required, in the manner instructed by Athelas (e.g., properly formatted csv files uploaded to a cloud-based folder (e.g., Box) within seven (7) days of DOS. |
| Coding | No Responsibilities. | Determine the level and type of services rendered to patients and recording the rendered services in form of CPT codes within EHR. Record diagnoses for rendered Services in form of ICD-10 codes within EHR within seven (7) days of DOS.<br><br>Customer will follow all Applicable Laws in providing billing instructions or coding to Athelas. Customer acknowledges that if it provides billing instructions to Athelas or codes encounters incorrectly, Athelas will have no responsibility for any liability of Customer resulting from Athelas following Customer's instructions or documentation. Customer further agrees to indemnify Athelas for any losses resulting from Athelas following Customer's instructions or documentation. |
| Claim Back-testing | During launch, compare Customer's historical 837 files ("**837s**") directly against Athelas-generated claims for identification of potential submission errors. Apply fixes and configure submission rules accordingly. | Provide Athelas access to no fewer than three (3) months of 837s through access to the Customer's EHR, billing platform, Practice Management System ("**PMS**"), or Customer's clearinghouse portal. |
| Claim Creation | Create claims within Athelas practice management system ("**AthelasPM**") from encounter data provided by Customer through Encounter Extraction or Batch Uploads. | Claims that Athelas deems require additional information or context from Customer will be uploaded for Customer review on Athelas Insights Customer is responsible for ensuring appropriate information is included to close out and proceed with a claim. |

Docusign Envelope ID: 972B1EA3-3706-4585-834A-A80E7F3482BA

 Athelas
Powered by Commure

| | | |
|---|---|---|
| Claim Submission | Submit claims to payors through a clearinghouse of Athelas's choice. Athelas will make reasonable efforts to submit claims within seventy-two (72) hours of Encounter Extraction or Batch Upload, whichever is applicable. | Review claims within Athelas Insights and promptly notify Athelas of any issues with that may require correction or reversal of claims. |
| Electronic Reconciliation | Automatically reconcile and post all payments received through payors, and automatic and manually reconcile all payment information received through payor or third-party portals ("**Electronic Reconciliation**"). | Provide Athelas with independent, admin-level logins for all insurance portals (e.g., Availity, Payspan, LinkBlue, etc...) within five (5) business days of Kickoff Meeting. Note that additional work will be required for Customer to obtain the Discount. |
| Manual EOB Reconciliation | Manually enter paper EOBs provided by Customer. Athelas will enter paper EOBs no later than two (2) days after receipt from Customer but will make best efforts to upload them same-day ("**Manual EOB Reconciliation**"). | Send to Athelas scanned copies of paper EOBs no later than two (2) days after receipt by Customer in the Box folder or other method for upload provided by Athelas, or earlier of Customer needs paper EOBs posted faster (e.g., for payroll calculation). |
| Reporting | Provide reporting through the Athelas Insights web-based software or an equivalent software. | No Responsibilities. |
| Denial / Rejection Management | Review and resubmit all clearinghouse rejections and payor denials. Review claims for underpayment. | Review and respond to claims by providing the necessary information or documentation required to process claims and any other information reasonably requested by Athelas (a) within sixty (60) days of any escalations / requests from Athelas and (b) at least thirty (30) days prior to a claim exceeding a timely filing period as determined by payor, on Athelas Insights or elsewhere as instructed by Athelas ("**Timely Response**").<br><br>In the event that the Customer fails to provide a Timely Response, Athelas reserves the right to write off or bill the patient for any outstanding balance for such claims. Athelas's right to write off the balance or bill the patient shall be determined based on the likelihood of the claim being paid by the payer (taking into consideration industry standards, payer timelines, and the nature of the claim), as well as the written agreements made during the initial contract launch. |
| Claim Status Determination | Determine claim status of claims for which Electronic Reconciliation cannot be completed and Manual EOBs are not available through a combination of automated and manual portal checks and calls to payors ("**AR**"). In the event that calls are required, Athelas will make up to five (5) calls after claim submission. If claim status cannot be determined thereafter, Athelas will write off claim. | No Responsibilities. |
| Billing Rules Management | Follow Customer's instructions on how to bill their encounters, including, but not limited to, what providers to bill under and what modifiers to use, provided such information is readily available in the EHR or is otherwise automatable through billing rules added to the Athelas billing rules engine ("**Billing Rules Engine**"). | Provide all known billing rules to Athelas during onboarding; notify Athelas of any updates to billing rules.<br><br>Collaborate with Athelas to establish and mutually agree upon all billing and operational rules related to the Billing Rules Engine prior to implementation. Provide timely input for any necessary adjustments. |
| Patient Statements (SmartPay) | Bill patients for all patient balances owed by the patient on claims billed by Athelas in a manner consistent with the Athelas patient hardship and responsibility policy. A total of three (3) statements will be sent to the patient electronically, the last of which will be a final notice after which responsibility will be transferred to the Customer for further resolution on collection activity. One final letter or email will be sent to a patient with a delinquent balance to collect or establish payment terms.<br><br>Athelas will provide patients with chat and/or email support regarding statements and patient responsibility.<br><br>Athelas will import existing patient balances incurred prior to the Go-Live Date one time for the Customer. | Direct patients to Athelas for payment of patient responsibility or utilize card readers provided by Athelas to take patient responsibility at the time of service. Obtain TCPA authorization from patients necessary to allow Athelas to send statements via electronic means and to further notify Athelas if any patient opts out of electronic communication.<br><br>Not split collections between SmartPay and another system. Athelas SmartPay may only be implemented for all – not a portion of – Customer's patient responsibility.<br><br>At Customer's discretion, write off or send to collections patient balances that remain unpaid after Athelas efforts are completed. |

Docusign Envelope ID: 972B1EA3-3706-4585-834A-A80E7F3482BA


Athelas
Powered by Commure

| | | The payment processor is currently Stripe, which charges a reduced fee of 2.7% + 5¢ per transaction (Processor, and fee charged by processor, is subject to change at any time during the contract term). Stripe's standard fee is 2.9% + 30¢ per transaction (Processor, and fee charged by processor, is subject to change at any time during the contract term). |
|---|---|---|
| Escalation | Escalate to Customer in a timely manner any questions or missing information necessary to provide Core RCM Services. | Make best efforts to assist Athelas in providing RCM Service, including timely responding to requests for information from Athelas staff. |
| Support | Escalate to Customer in a timely manner any questions or missing information necessary to provide Core RCM Services.<br><br>Athelas commits to the following Support SLAs, met in 99% of cases:<br><br>| Severity | Description | First Response | Availability |<br>|---|---|---|---|<br>| Business Stopping | Full outage (e.g., Insights is down) | 30 minutes | 24/7 |<br>| Urgent | Major product issue impacting multiple users | 2 hours | Business Hours |<br>| All else | General requests or minor bugs | 24 hours | Business Hours | | Make best efforts to assist Athelas in providing RCM Service, including timely responding to requests for information from Athelas staff. |
| Eligibility | Athelas will make reasonable efforts to obtain automatic eligibility ("**Eligibility**"), where available, for patients whose appointments are scheduled at least twenty-four (24) hours in advance of the date of service ("**DOS**") and will make that Eligibility information available to Customer. | Customer is responsible for providing accurate insurance information for Athelas to undertake Eligibility. |
| **2. Eligibility** | | |
| Appointment Extraction | Make reasonable efforts to pull appointments from the EHR at least twenty-four (24) hours in advance of the Date of Service ("**DOS**"). Appointment extraction will only occur for appointments scheduled at least twenty-four (24) hours in advance of the DOS by Customer. | Schedule all appointments for which eligibility is requested more than twenty-four (24) hours prior to DOS. |
| Eligibility Determination | For all appointments pulled for which automatic eligibility can be obtained, determine whether the Patient is eligible for the scheduled service. | Maintain accurate and up-to-date insurance information in Customer EHR. Annually, at the start of the year, seek updated insurance information from patients |
| Notification of Eligibility | Notify Customer through the Athelas platform the results of the automated eligibility check prior to the appointment. | Notify patients regarding eligibility and, at Customer's discretion, reschedule or cancel appointments with patients who are not eligible for services under their health insurance. |
| **3. Preauthorization** | | |
| Pre-authorization | No Responsibilities. | Undertake all needed preauthorization activities for sites. |
| **4. EHR Extraction Integration** | | |
| Integration Fee | Cover fifty percent (50%) of the total EHR Extraction Integration fee to connect Customer's systems with Athelas's software, when applicable. | Cover fifty percent (50%) of the total EHR Extraction Integration fee to connect Customer's systems with Athelas's software. |
| Maintenance Fees | Cover fifty percent (50%) of any ongoing maintenance fees for the EHR Extraction Integration. | Cover fifty percent (50%) of any ongoing maintenance fees for the EHR Extraction Integration. |
| Implementation | Perform the technical implementation of the EHR Extraction Integration, ensuring compliance with all required standards. | Provide timely access to systems and data necessary for the EHR Extraction Integration process. |

Docusign Envelope ID: 972B1EA3-3706-4585-834A-A80E7F3482BA


Athelas
Powered by Commure

| Integration Updates | Notify the Customer of any significant updates or changes that may affect the integration. | Cooperate with Athelas during maintenance, providing access and information to address any issues. |
|---|---|---|
| **5. Revenue and Performance Review** | | |
| Quarterly Business Review | Athelas will schedule and conduct a Quarterly Business Review ("**QBR**") with a representative from Customer's Key Contact List. Athelas will provide performance metrics, updates, and strategic recommendations during the QBR. | Designate a representative from the Key Contact List to participate in the QBR with Athelas at least once per quarter. |
| Revenue Benchmarks | With Customer, establish an agreed-upon Revenue Benchmark before the Core RCM Go-Live Date and review it regularly to ensure alignment with Customer's goals. | With Athelas, define and align on a mutually acceptable Revenue Benchmark before the Core RCM Go-Live Date. Provide relevant data and feedback necessary to determine and maintain this benchmark throughout the Term. |

Customer confirms and acknowledges that Customer has thoroughly reviewed and understands their responsibilities as set forth in Exhibit A. Please Initial: MCB     .

Docusign Envelope ID: 972B1EA3-3706-4585-834A-A80E7F3482BA



**Exhibit B**

**Go-Live Certificate [SAMPLE ONLY]**

On _____ ("**Go-Live Date**"), Athelas began claims submission on behalf of
_____ ("**Customer**"), under that Athelas RCM
Service Agreement between the Companies, dated _____ (the "**Service
Agreement**")

The Initial Term of Service Agreement will run for ____ months from the Go-Live Date set forth
above, renewing thereafter on the terms set forth in the Service Agreement until such time as the
Service Agreement is terminated by Customer.

Please contact your operations manager if you have any questions regarding the Go-Live Date or the
services provided under the Service Agreement.

This Go-Live Certificate was provided to Customer on _____.

Docusign Envelope ID: 972B1EA3-3706-4585-834A-A80E7F3482BA

 Athelas
Powered by Commure

## Exhibit C

## Commure Ambient Premier Integration Scope [SAMPLE ONLY]

Customer and Athelas hereby agree to the following scope for an EHR integration for Customer's usage of Commure Ambient. The objective of this integration is to provide EHR synchronization and writeback functionality that enables Customer's license-holders to, for the note types and fields detailed below, transfer clinical documentation generated by Commure Ambient into the appropriate fields of Customer's EHR instance.

**1. EHR integration scope.** Customer understands and agrees that each note type and associated clinical workflow constitutes its own sub-integration, and that EHR synchronization will only be available for the note types listed below. For each note type, the EHR integration will synchronize and writeback only the EHR fields listed below.

**EHR note type:** [LIST EHR & NOTE TYPE, e. g. "WebPT 1.0 SOAP note", "WebPT 1.0 SOAP note, template 1", etc.]

| **EHR Fields Synchronized** |
| --- |
| [LIST FIELD OR CATEGORY, AND TYPE, e. g. "Subjective standalone text field" or "All text fields on HPI tab"] |

**2. Responsibilities.** Customer understands and agrees that full and timely cooperation from Customer and EHR Representatives is necessary for the delivery of a successful EHR integration by Athelas. Customer agrees that (a) Athelas's obligation to deliver a satisfactory EHR integration and (b) the waiver of Customer's Early Termination Fee in the event that Athelas does not deliver an integration that meets the scoping requirements within [TIME LIMIT OF INTEGRATION, e. g. "60"] days, as applicable, shall both be contingent upon the provision of timely cooperation to Athelas and Customer responding to any Athelas request or query as soon as practicable but no later than 2 Business Days from the date of such request or query.

**3. Exclusions.** Customer understands and agrees that custom synchronization functionality not listed above (e. g. notes, templates, or fields not listed above) is not deemed part of the EHR integration scope.

**4. Completion Criteria.** The EHR integration will be considered successfully completed when Athelas confirms the delivery of a functional EHR integration that correctly synchronizes and writes back the fields listed above in an email.

By signing below, the undersigned represents that they have sufficient authority to execute this Service Agreement on behalf of the Customer and agrees on behalf of the Customer to be bound by the terms of this Service Agreement and all terms and conditions.

| **ON BEHALF OF CUSTOMER:** | **ON BEHALF OF ATHELAS:** |
| --- | --- |
| Name: _____ | Name: _____ |
| Title: _____ | Title: _____ |
| Signature: _____ | Signature: _____ |
| Date: _____ | Date: _____ |