**EXHIBIT A**

Ordinary Course Professionals Quarterly Statement
<u>Petition Date – March 31, 2026</u>

(Attached)

**White Rock Medical Center LLC, et al.**

OCP Report

*Period from Petition Date to March 31, 2026*

| Ordinary Course Professional | Date of OCP Declaration | Amounts Paid 1/20/26 - 3/31/26 | Case to Date | Description of Services |
|---|---|---|---|---|
| Pasha Law PC | 3/30/2026 | $13,480.00 | $13,480.00 | Legal Services |
| Hicks Pate Strategies LLC | 4/3/2026 | $10,000.00 | $10,000.00 | Regulatory Lobbyist |
| Healthcare Consulting Experts LLC | 4/3/2026 | $8,500.00 | $8,500.00 | Center for Improvement in Healthcare Quality Consultant |
| TOTAL | | **$31,980.00** | **$31,980.00** | |