**EXHIBIT A**

Ordinary Course Professionals Quarterly Statement
<u>April 1, 2026 – June 30, 2026</u>

(Attached)

| Ordinary Course Professional | Date of OCP Declaration | Amounts Paid | | Description of Services |
| | | 4/1/26 to 6/30/26 | Case to Date | |
| --- | --- | --- | --- | --- |
| Pasha Law PC * | 3/30/2026 | $13,480.00 | $13,480.00 | Legal Services |
| Husch Blackwell LLP | 4/29/2026 | $0.00 | $0.00 | Legal Services |
| HRSS, LLP | | | | Tax Accounting and Tax Advisor |
| Hicks Pate Strategies LLC * | 4/3/2026 | $10,000.00 | $20,000.00 | Regulatory Lobbyist |
| Healthcare Consulting Experts LLC | 4/3/2026 | $4,250.00 | $12,750.00 | Center for Improvement in Healthcare Quality Consultant |
| TOTAL | | **$27,730.00** | **$46,230.00** | |

- The Debtors' *First Quarterly Statement Regarding Fees and Expenses Paid to Ordinary Course Professionals* ("First Report") incorrectly reported payments made to Pasha Law and Hicks Pate Strategies during the period ending March 31, 2026. These payments were made on April 17, 2026 and should not have been included in the First Report. These payments are reflected in the column for the period from 4/1/26 to 6/30/26 and in Case to Date.