| Cure Contract Counterparty | Debtor Entity | Contract description | Proposed cure amount |
|---|---|---|---|
| Pipeline Health System Holdings LLC | Heights Healthcare of Texas, LLC (26-90117) | Transition services agreement, dated: 10/05/2023 | $0.00 |
| SRC Hospital Investments I LLC, | Heights Healthcare of Texas, LLC (26-90117) | Confidential settlement agreement & release, dated: 07/03/2024 | $0.00 |
| SRC Hospital Investments I LLC, | Heights Healthcare of Texas, LLC (26-90117) | Membership interest purchase agreement, dated: 09/20/2023 | $0.00 |
| SRC Hospital Investments I LLC, | Heights Healthcare of Texas, LLC (26-90117) | Letter agreement dated 10/5/2023 | $0.00 |
| SRC Hospital Investments I LLC, | Heights Healthcare of Texas, LLC (26-90117) | 2nd Amendment To Confidential Settlement Agreement & Release, Dated: 05/30/2025 | $0.00 |
| bioMerieux, Inc. | White Rock Medical Center, LLC (26-90115) | bioMerieux Terms & Conditions | $0.00 |
| Charter Communications Operating, LLC (Spectrum) | White Rock Medical Center, LLC (26-90115) | Spectrum Enterprise Service Agreement and Service Orders | $0.00 |
| Direct Energy Business, LLC | White Rock Medical Center, LLC (26-90115) | Electricity Sales Agreement | $0.00 |
| Image First of Dallas, LLC | White Rock Medical Center, LLC (26-90115) | Service Agreement for Laundry Processing and Rental Services; | $0.00 |
| Medline Industries, LP | White Rock Medical Center, LLC (26-90115) | Medline Master Distribution Agreement | $0.00 |
| Siemens Industry, Inc. | White Rock Medical Center, LLC (26-90115) | Siemens Fire Inspections & Joint Commission Program Agreement | $0.00 |
| Siemens Industry, Inc. | White Rock Medical Center, LLC (26-90115) | Siemens Monitoring Services Agreement | $0.00 |
| VitalWare, LLC | White Rock Medical Center, LLC (26-90115) | VitalWare Master Agreement and Amendments | $0.00 |
| Aetna Health, Inc. | White Rock Medical Center, LLC (26-90115) | Hospital Services Agreement – Aetna (as amended) | $0.00 |
| Airgas USA, LLC | White Rock Medical Center, LLC (26-90115) | Purchaser Specific Agreement (Airgas) | $29,398.96 |
| American Progressive Mdcr Supplement | White Rock Medical Center, LLC (26-90115) | American Progressive Insurance PPO/PFFS | $0.00 |
| Amerigroup Texas, Inc. | White Rock Medical Center, LLC (26-90115) | Participating Provider Agreement – Amerigroup | $0.00 |
| AMI (AM Infoweb Pvt. Ltd.) | White Rock Medical Center, LLC (26-90115) | Off shore support services | $0.00 |
| Arthur Lawrence Fao LLC | White Rock Medical Center, LLC (26-90115) | Finance & accounting services sow , dated: 10/07/2025 | $0.00 |
| Atmos | White Rock Medical Center, LLC (26-90115) | Utility - Gas | $0.00 |
| BARIned Preferred Provider, LLC | White Rock Medical Center, LLC (26-90115) | Network Facility Agreement | $0.00 |
| Behavioral Health Connections | White Rock Medical Center, LLC (26-90115) | Affiliation agreement | $0.00 |
| Benefit Administration Tech, Inc. D/B/A Beneflex HR Resources | White Rock Medical Center, LLC (26-90115) | ADMINISTRATIVE SERVICE AGREEMENT, DATED: 05/21/2025 | $0.00 |
| Birdeye | White Rock Medical Center, LLC (26-90115) | Google reviews | $0.00 |
| Blue Cross and Blue Shield of Texas | White Rock Medical Center, LLC (26-90115) | Blue Essentials Network Participation Agreement (as amended) | $0.00 |
| Blue Cross and Blue Shield of Texas | White Rock Medical Center, LLC (26-90115) | Blue Advantage HMO Network Participation Agreement (as amended) | $0.00 |
| Blue Cross and Blue Shield of Texas | White Rock Medical Center, LLC (26-90115) | PPO/POS Network Participation Agreement (as amended) | $0.00 |
| Blue Cross and Blue Shield of Texas | White Rock Medical Center, LLC (26-90115) | Hospital Agreement for Traditional Indemnity Business (as amended) | $0.00 |
| Blue Cross and Blue Shield of Texas | White Rock Medical Center, LLC (26-90115) | HMO Medicaid Managed Care Programs Network Participation (as amended) | $0.00 |

| Cure Contract Counterparty | Debtor Entity | Contract description | Proposed cure amount |
|---|---|---|---|
| Blue Cross Blue Shield | White Rock Medical Center, LLC (26-90115) | Employee Benefits Account | $0.00 |
| Blue Cross Blue Shield (Cobra) | White Rock Medical Center, LLC (26-90115) | Employee Benefits Account | $0.00 |
| Carter Blood | White Rock Medical Center, LLC (26-90115) | Human blood services | - |
| Charlotte Hodges, MD, LLC / Bryan D. Brewer, MD, PA | White Rock Medical Center, LLC (26-90115) | Administrative Services Agreement | $0.00 |
| Cigna HealthCare of Texas, Inc. | White Rock Medical Center, LLC (26-90115) | Hospital Services Agreement – Cigna HealthCare (as amended) | $0.00 |
| City of Dallas | White Rock Medical Center, LLC (26-90115) | Account payment agreement dtd 12/23/2024 | $0.00 |
| Cost Reporting Services LLC | White Rock Medical Center, LLC (26-90115) | Engagement letter dtd 8/7/2025 | $0.00 |
| Curi (MPL) | White Rock Medical Center, LLC (26-90115) | Insurance - Physicians Malpractice | $0.00 |
| Dallas Lung Care PLLC | White Rock Medical Center, LLC (26-90115) | Specialist On Call Services | $0.00 |
| Dallas Medical Office Building, LLC | White Rock Medical Center, LLC (26-90115) | Lease Agreement (Dallas Medical Office Building) | $0.00 |
| Dallas Water Utility | White Rock Medical Center, LLC (26-90115) | Utility - Water | - |
| Dallas Water Utility (Buckner) | White Rock Medical Center, LLC (26-90115) | Utility - Water | $0.00 |
| Dext Capital (CT Machine) | White Rock Medical Center, LLC (26-90115) | Equipment financing lender Contract | $25,851.84 |
| Dext Capital (Sterilizer) | White Rock Medical Center, LLC (26-90115) | Equipment financing lender SF#5570 | $11,940.60 |
| Dext Capital (Surgical Equipment) | White Rock Medical Center, LLC (26-90115) | Equipment financing lender | $27,952.74 |
| Dr. Campbell Ambrose (Overnight Medical Services, LLC) | White Rock Medical Center, LLC (26-90115) | ER Provider | $0.00 |
| Dr. Christian Isaac | White Rock Medical Center, LLC (26-90115) | Specialist On Call Services | $0.00 |
| Dr. Derek Lance | White Rock Medical Center, LLC (26-90115) | Specialist On Call Services | $0.00 |
| Dr. Dvorak | White Rock Medical Center, LLC (26-90115) | ER Provider | $0.00 |
| Dr. Elmahi (DFW Ultimate Healthcare, PLLC) | White Rock Medical Center, LLC (26-90115) | Specialist On Call Services | $0.00 |
| Dr. Ibrahim | White Rock Medical Center, LLC (26-90115) | Specialist On Call Services | $0.00 |
| Dr. Kohn, James | White Rock Medical Center, LLC (26-90115) | Specialist On Call Services | $0.00 |
| Dr. Kureshi | White Rock Medical Center, LLC (26-90115) | Specialist On Call Services | $0.00 |
| Dr. Meselle Jeff-Eke | White Rock Medical Center, LLC (26-90115) | ER Provider | $0.00 |
| Dr. Mustafa Hyder | White Rock Medical Center, LLC (26-90115) | ER Provider | $0.00 |
| Dr. Nour Sharaf | White Rock Medical Center, LLC (26-90115) | ER Provider | $0.00 |
| Dr. Raza Anees | White Rock Medical Center, LLC (26-90115) | Specialist On Call Services | $0.00 |
| Dr. Russell Huq (Rapid City Health Care) | White Rock Medical Center, LLC (26-90115) | ER Provider | $0.00 |
| Dr. Ryan Cradeur (Craduer MD PLLC) | White Rock Medical Center, LLC (26-90115) | ER Provider | $0.00 |

| Cure Contract Counterparty | Debtor Entity | Contract description | Proposed cure amount |
|---|---|---|---|
| Dr. Sean Black | White Rock Medical Center, LLC (26-90115) | ER Provider | $0.00 |
| Dr. Simal Patel (SJP Medical Consultant Inc) | White Rock Medical Center, LLC (26-90115) | ER Provider | $0.00 |
| Dr. Syed Saghir | White Rock Medical Center, LLC (26-90115) | Specialist On Call Services | $0.00 |
| Dr. Ubesie | White Rock Medical Center, LLC (26-90115) | Specialist On Call Services | $0.00 |
| Dr. Vaicys | White Rock Medical Center, LLC (26-90115) | ER Provider | $0.00 |
| Dr. Yousaf Khan | White Rock Medical Center, LLC (26-90115) | ER Provider | $0.00 |
| Elda Navarro (En Touch Medical Solutions) | White Rock Medical Center, LLC (26-90115) | Physician-Payer Credentialing Specialist | $0.00 |
| Employer Direct Healthcare, LLC | White Rock Medical Center, LLC (26-90115) | Provider Participation Agreement – Employer Direct Healthcare | $0.00 |
| Firetrol | White Rock Medical Center, LLC (26-90115) | Fire Safety Vendor | $2,418.35 |
| Front Runner | White Rock Medical Center, LLC (26-90115) | Patient Access and Insurance Verification | $0.00 |
| Garg, Tushar | White Rock Medical Center, LLC (26-90115) | Professional services agreement, dated: 08/01/2025 | $0.00 |
| GMR East Dallas Hospital, LLC | White Rock Medical Center, LLC (26-90115) | Lease Agreement – GMR East Dallas Hospital (as amended) | $1,301,901.71 |
| GMR East Dallas Land, LLC | White Rock Medical Center, LLC (26-90115) | Lease Agreement – GMR East Dallas Land (as amended) | $1,301,901.71 |
| Gordon Food Service | White Rock Medical Center, LLC (26-90115) | Food supplier | $0.00 |
| GoRev | White Rock Medical Center, LLC (26-90115) | Billing software | $12,371.65 |
| Haven - Management | White Rock Medical Center, LLC (26-90115) | Direct Admission Services Management | $520,000.00 |
| Health and Human Services Commission of Texas | White Rock Medical Center, LLC (26-90115) | HHSC Outstationed Eligibility Services Contract; confirm contract | $0.00 |
| Healthcare Consulting Experts LLC | White Rock Medical Center, LLC (26-90115) | Statement of work to consulting services agreement, dated: 08/26/2025 | $0.00 |
| Healthcare Reimbursement Solutions LLC | White Rock Medical Center, LLC (26-90115) | Tricare capital cost & direct medical education reimbursement req agreement, dated: 05/22/2025 | $0.00 |
| HealthSCOPE Benefits, Inc. | White Rock Medical Center, LLC (26-90115) | Participating Hospital Agreement – HealthSCOPE (as amended) | $0.00 |
| Healthspring Life & Health Insurance Company (Cigna) | White Rock Medical Center, LLC (26-90115) | Facilities Services Agreement – Cigna (Healthspring) | $0.00 |
| Heart to Heart Hospice of Dallas, LLC | White Rock Medical Center, LLC (26-90115) | Nursing Facility Contract Agreement – Heart to Heart Hospice (as amended) | $0.00 |
| HHSC - OIG (Payment Plan) | White Rock Medical Center, LLC (26-90115) | Texas Department of Health and Human Services | $29,204.00 |
| Hodges Clinic (Ridgeline Buckner) | White Rock Medical Center, LLC (26-90115) | Hospital Outpatient Department | $0.00 |
| Humana Insurance Company | White Rock Medical Center, LLC (26-90115) | Letter of Agreement to Participate | $0.00 |
| Human Interest (401k) | White Rock Medical Center, LLC (26-90115) | Employee Benefits Account | $0.00 |
| Insurance Company of Scott and White | White Rock Medical Center, LLC (26-90115) | Participating Facility Provider Agreement – Scott and White | $0.00 |
| JB&B Recourse (MRI Machine) | White Rock Medical Center, LLC (26-90115) | Equipment financing lender | $0.00 |
| JN IT Services LLC | White Rock Medical Center, LLC (26-90115) | Website management | $0.00 |

| Cure Contract Counterparty | Debtor Entity | Contract description | Proposed cure amount |
|---|---|---|---|
| Lexington Insurance (D&O/EP) | White Rock Medical Center, LLC (26-90115) | Insurance Director's and Officers policy | $0.00 |
| Lifeline Renal Care | White Rock Medical Center, LLC (26-90115) | Dialysis service agreement , dated: 12/01/2024 | $0.00 |
| Magdou | White Rock Medical Center, LLC (26-90115) | CT Scanner Lease | $0.00 |
| Magdou | White Rock Medical Center, LLC (26-90115) | Group of Radiologists | $0.00 |
| MagMutual (GL/HPL) | White Rock Medical Center, LLC (26-90115) | Insurance - General Liability coverage | $0.00 |
| Matrix Trust Co (401k) | White Rock Medical Center, LLC (26-90115) | Employee Benefits Account | $0.00 |
| Medicaid (Texas) | White Rock Medical Center, LLC (26-90115) | Medicaid Enrollment Confirmation | $0.00 |
| Medicare (CMS) | White Rock Medical Center, LLC (26-90115) | Medicare Enrollment Confirmation | $0.00 |
| MedOne Capital | White Rock Medical Center, LLC (26-90115) | Equipment financing lender | $0.00 |
| Molina Healthcare of Texas, Inc. | White Rock Medical Center, LLC (26-90115) | Hospital Services Agreement – Molina Healthcare | $0.00 |
| Multiplan, Inc. | White Rock Medical Center, LLC (26-90115) | MPI Participating Facility Agreement – Multiplan | $0.00 |
| Multiview Corporation | White Rock Medical Center, LLC (26-90115) | Service order & statement of work, dated: 09/30/2025 | $37,177.01 |
| Multiview Corporation | White Rock Medical Center, LLC (26-90115) | Master subscription agreement | $37,177.01 |
| Multiview Corporation | White Rock Medical Center, LLC (26-90115) | Business associate agreement, dated: 09/30/2025 | $37,177.01 |
| Neurocare AI | White Rock Medical Center, LLC (26-90115) | PACS for Radiology Department | $0.00 |
| Nomi Health, Inc. | White Rock Medical Center, LLC (26-90115) | Nomi Health Network Provider Agreement | $0.00 |
| North Texas General Surgery, PLLC (Epic Surgery Clinic) | LLC (26-90115) | Specialist On Call Services | $0.00 |
| Parkland (LPPF) (Payment Plan) | White Rock Medical Center, LLC (26-90115) | Local county hospital | $100,002.00 |
| Parkland Community Health Plan | White Rock Medical Center, LLC (26-90115) | Parkland Medicaid Agreement | $0.00 |
| Paylocity | White Rock Medical Center, LLC (26-90115) | Payroll Management Software | $0.00 |
| Paylocity HSA Funds (AutoDraft) | White Rock Medical Center, LLC (26-90115) | Employee Benefits Account | $0.00 |
| PCCI | White Rock Medical Center, LLC (26-90115) | Local Data Access Platform | $0.00 |
| Persivia Inc | White Rock Medical Center, LLC (26-90115) | Master services agreement, dated: 02/01/2026 | $0.00 |
| Pipeline RX | White Rock Medical Center, LLC (26-90115) | Remote Pharmacists Service | $0.00 |
| Platinum Choice Elevator | White Rock Medical Center, LLC (26-90115) | Elevator Service Company | $0.00 |
| Precision Hub | White Rock Medical Center, LLC (26-90115) | Billing Services | $0.00 |
| R1 RCM | White Rock Medical Center, LLC (26-90115) | Revenue Cycle Management | $0.00 |
| Republic | White Rock Medical Center, LLC (26-90115) | Utility - Trash | $0.00 |
| Scott and White HP | White Rock Medical Center, LLC (26-90115) | Scott and White Health Plan | $0.00 |

| Cure Contract Counterparty | Debtor Entity | Contract description | Proposed cure amount |
|---|---|---|---|
| Siemens Healthcare Diagnostics Inc | White Rock Medical Center, LLC (26-90115) | Service agreement quote #189189-2-cq dtd 1/18/2019 | $16,813.42 |
| Signet Heart Group | White Rock Medical Center, LLC (26-90115) | Specialist On Call Services | $0.00 |
| Spectrum 125943501 Internet | White Rock Medical Center, LLC (26-90115) | Utility - Internet | $0.00 |
| Spectrum 240026001 10G Fiber Circuit | White Rock Medical Center, LLC (26-90115) | Utility - Internet | $0.00 |
| Spectrum 243618701 TV | White Rock Medical Center, LLC (26-90115) | Utility - Internet | $0.00 |
| SRC Hospital Investments I LLC, | White Rock Medical Center, LLC (26-90115) | Security agreement dated 10/3/2023 | $0.00 |
| Strateq Health Inc | White Rock Medical Center, LLC (26-90115) | Master subscription agreement | $0.00 |
| Stuart, Kyle D | White Rock Medical Center, LLC (26-90115) | Emergency room on-call agreement, dated: 10/22/2019 | $0.00 |
| Superior HealthPlan, Inc. | White Rock Medical Center, LLC (26-90115) | Participating Provider Agreement – Superior HealthPlan | $0.00 |
| Tenet Hospitals Limited | White Rock Medical Center, LLC (26-90115) | Consent to sublease of subtenant dated 5/18/2021 | $0.00 |
| Texas Health and Human Services (DY12) | White Rock Medical Center, LLC (26-90115) | Texas Department of Health and Human Services | $515,000.53 |
| Texas Health Services Authority | White Rock Medical Center, LLC (26-90115) | Texas Health Services Authority Agreement | $0.00 |
| Texas Shred | White Rock Medical Center, LLC (26-90115) | Paper shredding service | $0.00 |
| Travelers (Cyber Security) | White Rock Medical Center, LLC (26-90115) | Insurance - Cyber Security | $0.00 |
| T-Systems (Corro Health) | White Rock Medical Center, LLC (26-90115) | EMR for Emergency Department | $11,246.30 |
| Turquoise Health | White Rock Medical Center, LLC (26-90115) | Price transparency monitoing | $0.00 |
| United Anesthesiology & Pain Mgmt Consultants Of Tx | White Rock Medical Center, LLC (26-90115) | Independent contractor agreement for anesthesia services, dated: 03/02/2025 | $0.00 |
| Verda Health Plan of Texas, Inc. | White Rock Medical Center, LLC (26-90115) | Hospital Services Agreement | $0.00 |
| Vonage | White Rock Medical Center, LLC (26-90115) | Utility - Phone | $0.00 |
| Vonage | White Rock Medical Center, LLC (26-90115) | Sales order form #q-1666755, dated: 04/03/2025 | $0.00 |
| Waystar Inc | White Rock Medical Center, LLC (26-90115) | Subscriber agreement, dated: 04/22/2025 | $2,998.51 |
| WellCare of Texas, Inc. | White Rock Medical Center, LLC (26-90115) | Participating Provider Agreement – WellCare | $0.00 |
| Wellmed Networks, Inc. | White Rock Medical Center, LLC (26-90115) | Hospital Services Agreement | $0.00 |
| Westfax Inc | LLC (26-90115) | Customer agreement, dated: 03/25/2024 | $488.28 |
| Zurich (Property) | White Rock Medical Center, LLC (26-90115) | Insurance Real Estate Property coverage | $0.00 |
| State Of Texas Oag-Bankruptcy & Collections Div | Heights Healthcare Of Texas, LLC (26-90117) | Settlement agreement | $0.00 |
| Dext Capital LLC | NCP Management, LLC (26-90122) | Assignment and assumption agreement dtd 12/2/2024 | $0.00 |
| Dext Capital LLC | NCP Management, LLC (26-90122) | Extension agreement dtd 12/2/2024 | $0.00 |
| Huntington National Bank, The | NCP Management, LLC (26-90122) | Master lease #3455 dtd 12/15/2021 | $0.00 |

| Cure Contract Counterparty | Debtor Entity | Contract description | Proposed cure amount |
|---|---|---|---|
| Dext Capital LLC | North Houston Surgical Hospital, LLC (26-90123) | Assignment and assumption agreement dtd 12/2/2024 | $0.00 |
| Dallas County Hospital District D/B/A Parkland Health | White Rock Medical Center, LLC (26-90115) | Payment & forbearance agreement | $100,002.00 |
| JB&B Capital LLC | White Rock Medical Center, LLC (26-90115) | Equipment finance agreement #195949-001 | $0.00 |
| Med One Capital Funding LLC | White Rock Medical Center, LLC (26-90115) | Equipment lease agreement dated 6/12/2023 | $0.00 |
| Ascentium Capital LLC | NCP Management, LLC (26-90122) | Lease agreement #2633662 | $0.00 |
| Ascentium Capital LLC | NCP Management, LLC (26-90122) | Commencement agreement #2633662 dated 11/4/2021 | $0.00 |
| Ascentium Capital LLC | NCP Management, LLC (26-90122) | Lease agreement #2635028 | $0.00 |
| Bancorp Bank Na, The 548 N Trooper Rd Norristown, Pennsylvania 19403 | NCP Management, LLC (26-90122) | Settlement agreement & release - cause # 202508286, dated: 04/11/2025 | $12,157.38 |
| Regions Bank Ascentium Capital LLC | NCP Management, LLC (26-90122) | Settlement and mutual release agreement | $15,611.16 |