TEXAS
Health and Human Services

Texas Health and Human Services Commission

Cecile Erwin Young
*Executive Commissioner*

August 5, 2025

**Email:** Rashid.Syed@whiterockmedicalcenter.com

Attention: Rashid Syed, CFO
City Hospital White Rock
9440 Poppy Dr Dallas, Texas, 75218
Subject: Agreement to Repay Overpayment of UC DY10 – CITY HOSPITAL AT WHITE ROCK (TPI 391575301)

Dear Rashid Syed:

This document explains the terms and conditions relating to payment installments for CITY HOSPITAL AT WHITE ROCK's refund to the Health and Human Services Commission (HHSC) for overpayment of UC DY10 and UC DY12 funds. By signing and returning this document within 2 business days, your organization agrees to accept the terms of repayment as laid out in this document.

This agreement does not affect the current payment plan for the overpayment of UC DY09.

Your facility agrees to repay to HHSC the all funds amount of $1,439,956.79 for the overpayment of UC DY10 and the all funds amount of $2,039,732.15 for the overpayment of UC DY12. The installments will be based on 20% of any future supplemental payments from HHSC, plus an additional 3 months of $25,000 per month in order to meet the deadline of October 15th for the UC DY10 $1,439,956.79 recoupment.

Once the UC DY10 overpayment is satisfied, the agreement will default to installments based on 20% of any future supplemental payments from HHSC until the UC DY12 $2,039,732.15 overpayment is satisfied.

| Program | Estimated All Funds Payment Amount | 20% Installment | Expected Payment Date | Expected Payment to HHSC Date |
|---|---|---|---|---|
| HARP Year 4 Second Half | $924,695.00 | $184,939.00 | 8/15/2025 | 8/22/2025 |
| DSH 2025 Final | $1,648,207.00 | $329,641.40 | 8/15/2025 | 8/22/2025 |
| UC DY12 Interim Redistribution | $30,848.00 | $6,169.60 | 8/15/2025 | 8/22/2025 |
| UC DY14 Final | $4,497,127.00 | $899,425.40 | 9/25/2025 | 10/2/2025 |
| | **Total** | **$1,420,175.40** | | |

| Additional Monthly Payments | Amount |
|---|---|
| August 15th | $25,000.00 |
| September 15th | $25,000.00 |
| October 15th | $25,000.00 |
| **Total** | **$75,000.00** |

**Total Repayment by October 15th, 2025 will be $1,495,175.40.**

Please note that the full payment (including federal and non-federal shares) for UC DY10 must be returned by October 15, 2025. The local governmental entities (LGEs) that provided the non-federal share of UC DY10 payments (via intergovernmental transfer, or IGT) for the entire Service Delivery Area (SDA) will be refunded proportionately to how they funded the DY 10 payments once all overpayments have been returned.

Please note that the 20% payments must be returned within a week of receiving the original payment from HHSC.

**FAILURE TO RETURN THIS OVERPAYMENT BY THE DUE DATE WILL RESULT IN A VENDOR HOLD.**

All vendor holds will remain in effect until the recoupment has been collected in full. Withheld payments do not offset amounts owed and will be released upon payment in full.

Please reference **Voucher 02109100, CCN 450678** on the memo line and include the applicable voucher when mailing.

Payments are to be sent by a check payable to Texas HHSC to one of the following addresses:

**Regular Mail**
HHSC AR MC1470
P.O. Box 149055
Austin, TX 78714-9055

**Overnight Mail**
HHSC AR MC1470
4601 W Guadalupe Street
Austin, TX 78751

If you have questions about the information in this letter, please contact the payments team at PFD_UC_Payments@hhs.texas.gov. If you do not receive a response within 24 hours, please notify me at RianneE.Means@hhs.texas.gov.

Sincerely,

*Rianne Payne-Jasik*

Director of Payments

TEXAS Health and Human Services

Accepted by:

[signature] Date - 08/06/2025

Rashid Syed

## Recoupment Voucher
## (Include this voucher with your check)

**Hospital Name:** City Hospital White Rock

**Instructions:**

- Verify the name of your Hospital.
- Make check payable to **Texas Health and Human Services Commission**.
- Remit check with copy of this Recoupment Voucher attached.
- Email a copy of the check and this voucher prior to mailing your payment to pfd_uc_payments@hhs.texas.gov
- **Send payment to one of the following addresses below:**

**Regular Mail**
HHSC AR MC1470
P.O. Box 149055
Austin, TX 78714-9055

**Overnight Mail**
HHSC AR MC1470
4601 W Guadalupe Street
Austin, TX 78751

(For accounting purposes only)

| Acct Code | Fund | Dept ID | Project ID | Program | Class | Approp |
|---|---|---|---|---|---|---|
| 783500 | ‘0001 | 818 | MFMAPC19UPMOS21 | 2602O | 01052 | 22052 |

| | |
|---|---|
| 14 - Digit (TIN) | 1823626083 4 002 |
| Month of Service (MOS) | 10/13/2022 |
| Month of Original Payment (MOP)/Reqt'd Pay DT | 10/14/2021 |
| Fiscal Year (FY) funds should be applied to | 2023 |
| Amount | $184,939.00 |

City Hospital White Rock
August 5, 2025



## Recoupment Voucher
## (Include this voucher with your check)

**Hospital Name:** City Hospital White Rock

**Instructions:**

- Verify the name of your Hospital.
- Make check payable to **Texas Health and Human Services Commission**.
- Remit check with copy of this Recoupment Voucher attached.
- Email a copy of the check and this voucher prior to mailing your payment to pfd_uc_payments@hhs.texas.gov
- **Send payment to one of the following addresses below:**

**Regular Mail**
HHSC AR MC1470
P.O. Box 149055
Austin, TX 78714-9055

**Overnight Mail**
HHSC AR MC1470
4601 W Guadalupe Street
Austin, TX 78751

(For accounting purposes only)

| Acct Code | Fund | Dept ID | Project ID | Program | Class | Approp |
|---|---|---|---|---|---|---|
| 783500 | ‘0001 | 818 | MFMAPC19UPMOS21 | 2602O | 01052 | 22052 |
| | | | | | | |

| | |
|---|---|
| 14 - Digit (TIN) | 1823626083 4 002 |
| Month of Service (MOS) | 10/13/2022 |
| Month of Original Payment (MOP)/Reqt'd Pay DT | 10/14/2021 |
| Fiscal Year (FY) funds should be applied to | 2023 |
| Amount | $329,641.40 |

## Recoupment Voucher
## (Include this voucher with your check)

**Hospital Name:** City Hospital White Rock

**Instructions:**

- Verify the name of your Hospital.
- Make check payable to **Texas Health and Human Services Commission**.
- Remit check with copy of this Recoupment Voucher attached.
- Email a copy of the check and this voucher prior to mailing your payment to pfd_uc_payments@hhs.texas.gov
- **Send payment to one of the following addresses below:**

**Regular Mail**
HHSC AR MC1470
P.O. Box 149055
Austin, TX 78714-9055

**Overnight Mail**
HHSC AR MC1470
4601 W Guadalupe Street
Austin, TX 78751

(For accounting purposes only)

| Acct Code | Fund | Dept ID | Project ID | Program | Class | Approp |
|---|---|---|---|---|---|---|
| 783500 | ‘0001 | 818 | MFMAPC19UPMOS21 | 2602O | 01052 | 22052 |

| | |
|---|---|
| 14 - Digit (TIN) | 1823626083 4 002 |
| Month of Service (MOS) | 10/13/2022 |
| Month of Original Payment (MOP)/Reqt'd Pay DT | 10/14/2021 |
| Fiscal Year (FY) funds should be applied to | 2023 |
| Amount | $6,169.60 |

**Recoupment Voucher**
**(Include this voucher with your check)**

**Hospital Name:** City Hospital White Rock

**Instructions:**

- Verify the name of your Hospital.
- Make check payable to **Texas Health and Human Services Commission**.
- Remit check with copy of this Recoupment Voucher attached.
- Email a copy of the check and this voucher prior to mailing your payment to pfd_uc_payments@hhs.texas.gov
- **Send payment to one of the following addresses below:**

**Regular Mail**
HHSC AR MC1470
P.O. Box 149055
Austin, TX 78714-9055

**Overnight Mail**
HHSC AR MC1470
4601 W Guadalupe Street
Austin, TX 78751

(For accounting purposes only)

| Acct Code | Fund | Dept ID | Project ID | Program | Class | Approp |
|---|---|---|---|---|---|---|
| 783500 | ‘0001 | 818 | MFMAPC19UPMOS21 | 2602O | 01052 | 22052 |

| | |
|---|---|
| 14 - Digit (TIN) | 1823626083 4 002 |
| Month of Service (MOS) | 10/13/2022 |
| Month of Original Payment (MOP)/Reqt'd Pay DT | 10/14/2021 |
| Fiscal Year (FY) funds should be applied to | 2023 |
| Amount | $25,000.00 |

# Recoupment Voucher
## (Include this voucher with your check)

**Hospital Name:** City Hospital White Rock

**Instructions:**

- Verify the name of your Hospital.
- Make check payable to **Texas Health and Human Services Commission**.
- Remit check with copy of this Recoupment Voucher attached.
- Email a copy of the check and this voucher prior to mailing your payment to pfd_uc_payments@hhs.texas.gov
- **Send payment to one of the following addresses below:**

**Regular Mail**
HHSC AR MC1470
P.O. Box 149055
Austin, TX 78714-9055

**Overnight Mail**
HHSC AR MC1470
4601 W Guadalupe Street
Austin, TX 78751

(For accounting purposes only)

| Acct Code | Fund | Dept ID | Project ID | Program | Class | Approp |
|---|---|---|---|---|---|---|
| 783500 | ‘0001 | 818 | MFMAPC19UPMOS21 | 2602O | 01052 | 22052 |

| | |
|---|---|
| 14 - Digit (TIN) | 1823626083 4 002 |
| Month of Service (MOS) | 10/13/2022 |
| Month of Original Payment (MOP)/Reqt'd Pay DT | 10/14/2021 |
| Fiscal Year (FY) funds should be applied to | 2024 |
| Amount | $25,000.00 |

## Recoupment Voucher
## (Include this voucher with your check)

**Hospital Name:** City Hospital White Rock

**Instructions:**

- Verify the name of your Hospital.
- Make check payable to **Texas Health and Human Services Commission**.
- Remit check with copy of this Recoupment Voucher attached.
- Email a copy of the check and this voucher prior to mailing your payment to pfd_uc_payments@hhs.texas.gov
- **Send payment to one of the following addresses below:**

**Regular Mail**
HHSC AR MC1470
P.O. Box 149055
Austin, TX 78714-9055

**Overnight Mail**
HHSC AR MC1470
4601 W Guadalupe Street
Austin, TX 78751

(For accounting purposes only)

| Acct Code | Fund | Dept ID | Project ID | Program | Class | Approp |
|---|---|---|---|---|---|---|
| 783500 | ‘0001 | 818 | MFMAPC19UPMOS21 | 2602O | 01052 | 22052 |

| | |
|---|---|
| 14 - Digit (TIN) | 1823626083 4 002 |
| Month of Service (MOS) | 10/13/2022 |
| Month of Original Payment (MOP)/Reqt'd Pay DT | 10/14/2021 |
| Fiscal Year (FY) funds should be applied to | 2024 |
| Amount | $25,000.00 |

## Recoupment Voucher
## (Include this voucher with your check)

**Hospital Name:** City Hospital White Rock

**Instructions:**

- Verify the name of your Hospital.
- Make check payable to **Texas Health and Human Services Commission**.
- Remit check with copy of this Recoupment Voucher attached.
- Email a copy of the check and this voucher prior to mailing your payment to pfd_uc_payments@hhs.texas.gov
- **Send payment to one of the following addresses below:**

**Regular Mail**
HHSC AR MC1470
P.O. Box 149055
Austin, TX 78714-9055

**Overnight Mail**
HHSC AR MC1470
4601 W Guadalupe Street
Austin, TX 78751

(For accounting purposes only)

| Acct Code | Fund | Dept ID | Project ID | Program | Class | Approp |
|---|---|---|---|---|---|---|
| 783500 | ‘0001 | 818 | MFMAPC19UPMOS21 | 2602O | 01052 | 22052 |

| | |
|---|---|
| 14 - Digit (TIN) | 1823626083 4 002 |
| Month of Service (MOS) | 10/13/2022 |
| Month of Original Payment (MOP)/Reqt'd Pay DT | 10/14/2021 |
| Fiscal Year (FY) funds should be applied to | 2024 |
| Amount | $899,425.40 |