**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **WHITE ROCK MEDICAL CENTER, LLC** ***et al.*****,** | § | |
| | § | **Case No. 26-90115 (ARP)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |
| | § | |

**DEBTORS' LIST OF ABANDONED ASSETS**

**PLEASE TAKE NOTICE** that in accordance with the terms of the *Second Plan of Reorganization of White Rock Medical Center, LLC and its Affiliated Debtors as Modified on July 17, 2026* [Dkt. No. 385] (the "Plan"),[2] the Debtors shall abandon the following assets:

- None

[1] The Debtors in these Chapter 11 Cases and the last four digits of each of their federal identification numbers are White Rock Medical Center, LLC (6083); NCP Management, LLC (8327); North Houston Surgical Hospital, LLC (2161); National Payroll Services, LLC (3573); City Hospital Physician Group, Inc. (6983); Heights Healthcare of Texas, LLC (0118); Heights Healthcare of Houston, LLC (3093); Ashland Healthcare, LLC (0023). The location of the Debtors' corporate headquarters and the Debtors' service address is: 9440 Poppy Drive, Dallas, Texas 75218.
[2] Capitalized terms used herein but undefined have the meaning provided for in the Plan.